**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Techdash Telecom, LLC**

CASE NO   24-32820

CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   06/18/2024

Signature   */s/Wes Hesker*

*Wes Hesker*
*Chief Liquidating Officer/VP Finance*

Date

Signature

1974 Portfolio Investments I, LLC
1230 Rosecrans Ave. Suite 425
Manhattan Beach, CA 90266


A Crane Rental LLC
Lockbox 8000, Dept 801
Buffalo, NY 14267-0002


Accu-Tech Corporation
11350 Old Roswell Rd., Suite 100
Alpharetta, GA 30009


AccuTemp Services LLC
2027 North Harco Drive
Baton Rouge, LA 70815


ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878


Advance Permit Services LLC
10267 W. Sample Rd.
Coral Springs, FL 33065


Advanced Roofing Inc
1950 NW 22nd Street
Fort Lauderdale, FL 33311


Advertising Vehicles Inc (Adsposure)
10810 Kenwood Road
Cincinnati, OH 45242


Alabama Power
PO Box 242
Birmingham, AL 35292

All Crane Rental of Alabama LLC
4531 Hamilton Blvd.
Theodore, AL 36582


All Tower Specialties LLC
HC 2 Box 3586
Santa Isabel, PR 00757


Alliance Communication Cables, Inc.
70 Demarest Drive
Wayne, NJ 07470


Allied Roofing Services Inc - Miami
7050 NW 42nd Street
Miami, FL 33166


Alston & Bird
2200 Ross Ave #2300
Dallas, TX 75201


American Roofing of PR Inc
PO Box 6040 Marines Station
Mayaguez, PR 00681


American Solutions for Business
120 S La Salle St.
Chicago, IL 60603


Anixter, Inc
P.O. Box 847428
Dallas, TX 75284


Arborist Aboard Inc
8611 Vivian Bass Way
Odessa, FL 33556

Area Wide Protective
PO Box 636219
Cincinnati, OH 45263-6219


Ariba, Inc
PO Box 734605
Chicago, IL 60673-4605


AT&T
PO Box 5019
Carol Stream, IL 60197-5019


Autodesk Inc
111 McInnis Parkway
San Rafael, CA 94903


Avalon Test Equipment
3194 Lionshead Ave
Carlsbad, CA 92010


Baker Tilly Virchow Krause, LLP
Box 78975
Milwaukee, WI 53278


Barnhart Crane and Rigging Co.
1701 Dunn Ave.
Memphis, TN 38106


Bay Area Waste Solutions
3180 Springhill Ave.
Mobile, AL 36607


BLR s/o Simplify Compliance
PO Box 5094
Brentwood, TN 37024

Blue Cross Blue Shield of Texas
PO Box 650615
Dallas, TX 75265-0615

Brady's Welding & Machine Shop Inc
11991 Hwy 26
Healdton, OK 73438

Brainier Solutions, Inc
7540 Bush Lake Rd.
Minneapolis, MN 55439

Brillio LLC
399 Thornall St, First Floor
Edison, NJ 08837

Business Basics VI
9053 Estate Thomas, Suite 101
St. Thomas, VI 00802

C&C Crane Works LLC
2965 Knox Mcrae Dr.
Titusville, FL 32780

Cabos Asset Management LLC
13020 SW 85th Avenue Road
Miami, FL 33156

Cain & Daniels, Inc.
c/o Adam Swanson
4902 Eisenhower Blvd.
Tampa, FL 33634

Capitol Corporate Services, Inc
PO Box 1831
Austin, TX 78767

Capitol Services, Inc.
PO Box 1831
Austin, TX 78767


CD Telecom
4667 E. Rishell CT, Apt. A
Concord, CA 94521


Cedar Valley Earthworks, Inc
22980 E. Apple In
Sedro Woolley, WA 98284


Celigo, Inc.
1820 Gateway Dr., Suite 260
San Mateo, CA 94404


Central Texas Refuse, LLC
PO Box 18685
Austin, TX 78760


CertaPro Painters of Atlanta
2960 Alston Drive SE
Atlanta, GA 30317


ChannelMax Inc
1736 Somerset Lane
Mundelien, IL 60060


Childers Roofing & Sheet Metal, a Tecta
1645 Jessie St.
Jacksonville, FL 32206


City of Austin
PO Box 2267
Austin, TX 78783

City of Tallahassee
300 S. Adams St.
Tallahassee, FL 32301


Clark Crane LLC
215 River Hills Dr.
Nashville, TN 37210


Clean 2 Go Fuel Services, LLC
22 Madison St.
Venus, FL 33960


Clyde Crane
154 Dryden Lane
Ball, LA 71405


Complete Property Services, LLC
13505 Prestige Place
Tampa, FL 33635


Cox Business
PO Box 1259
Oaks, PA 19456


CraneWorks, Inc
2728 Rev. Abraham Woods Jr. Blvd.
Birmingham, AL 35203


Creative Planning LLC
5440 W. 110th Street
Overland, KS 66211


Cummings & Associates, Inc
1 Houston St.
Mobile, AL 36606

06/18/2024 05:35:22pm

Current Electrical Contracting, Inc
PO Box 4215
Tupelo, MS 38803


Danielle Washington
21 W 464 Army Trail Road
Addison, IL 60101-1404


DEKRA Certifications Inc.
1945 The Exchange SE, Suite 300
Atlanta, GA 30339


Dell Marketing LP
c/o Dell USA LP
PO Box 676021
Cust # 529995956605

Digital Communications, Inc dba Digitcom
PO Box 120308
Arlington, TX 76012


Digital Edge
7 Teleport Drive
Staten Island, NY 10311


DMC Crane Rental LLC dba Mooney Crane
PO Box 2350
Benton, AR 72018


Dobson Electric, Inc.
9378 Arlington Expressway, Suite 220
Jacksonville, FL 32225


Donlen LLC
3000 Lakeside Drive, 2nd Floor
Bannockburn, IL 60015

DOP Engineering, LLC
1505 SW 147th Ave.
Pembroke Pines, FL 33027


Double C Group Inc dba Quick Power
PO Box 577
Arcadia, SC 29320


Drury Inn & Suites - Frisco
2880 Dallas Parkway
Frisco, TX 75034


Duke Rentals
1500 SW 7th Street
Atlantic, IA 50022


EastGroup Properties, Inc
400 W Parkway PL, Suite 100
Ridgeland, MS 39157


Eduardo Joglar LLC
PO Box 363126
San Juan, PR 00936


Element Electric LLC
2299 Marlee Rd. S
Saint Johns, FL 32259


Elliott Electric Supply, LP
P.O. Box 630610
Nacogdoches, TX 75963-0610


Empire Engineering Services LLC
100 North Central Expy, St 522
Richardson, TX 75080

06/18/2024 05:35:22pm

Enterprise Holdings, INC (EAN Services)
PO Box 840173
Kansas City, MO 64184


Environmental Systems Research Institute
PO Box 741076
Los Angeles, CA 90074-1076


Envision Mechanical Services, LLC
7915 Baymeadows Way, Suite 400
Jacksonville, FL 32256


Epitome Networks
4201 Park Place Court
Glen Allen, VA 23060


Equity Trust Company
FBO James Osborn Roeder IRA
1 Equity Way
Westlake, OH 44145

Esmo Corp
Carr #1 Km 24.0 Bo Quebrada Arenas
Sector Buen Pastor
San Juan, PR 00926

Estech, LLC
1961 W. Finley River Dr.
Nixa, MO 65714


Evolution 2 Perfection LLC
802 S. Carrier Parkway, PO Box 531589
Grand Praire, TX 75053


Experis US, Inc.
29973 Network Place
Chicago, IL 60673

FedEx
P.O. Box 660481
Dallas, TX 75266

Fiplex Communications Inc
2101 NW 79th Ave.
Miami, FL 33122

FixNet Towers Inc
2204 Reflection Way
Savannah, GA 31407

Florida Tel-Con, Inc.
1513 CR 315-C
Green Cove Springs, FL 32043

Foxit Software, Inc
41841 Albrae St.
Fremont, CA 94538

Global Tower LLC
2503 Scenic Dr.
Huntsville, AL 35801

GME Supply Co.
1391 E. Boone Industrial Blvd.
Columbia, MO 65202

Golden Gate Communications LLC
621 Dolores Dr.
Santa Barbara, CA 93109

Goodman Networks
2801 Network Blvd, Ste 300
Frisco, TX 75034

06/18/2024 05:35:22pm

Goodman Peak
640 Lee Road, 3rd Floor
Wayne, PA 19087


Grainger
Dept. 887570727
P.O. Box 419267
Kansas City, MO 64141

Graybar Electric Co Inc
PO Box 840458
Dallas, TX 75284


Greater Tech Holdings, Inc.
P.O. Box 2371
Fredericksburg, TX 78624-1921


GSMA Ltd
165 Ottley Drive, NE, Suite 203
Atlanta, GA 30324


GTH-MGMT LLC
103 Industrial Loop, Suite 1100
Fredericksburg, TX 78624


Hatzel & Buehler, Inc
230 Park Avenue, Suite 925
New York, NY 10169


Haymarket Insurance Company
415 Bedford Road, Suite 102
Pleasantville, NY 10570


Haynes and Boone, LLP
PO Box 841399
Dallas, TX 75284

06/18/2024 05:35:22pm

Hazardous Waste Experts
4319 Tanners Church Rd.
Ellenwood, GA 30294


Herc Rentals, Inc
PO Box 936257
Atlanta, GA 31193


High Wire Networks, Inc
30 N Lincoln St.
Batavia, IL 60510


Humana Insurance of Puerto Rico, Inc.
Call Box 70228
San Juan, PR 00936-8228


iBwave Solutions Inc
400 Sainte-Croix, Suite 2100
Saint-Laurent, QC H4N 3L4


Impact Fire Services LLC
1 Chisholm Trail Rd, Suite 330
Round Rock, TX 78681


Innervent, Inc
2400 McCullough Ave. #12091
San Antonio, TX 78212


Insite Towers Development LLC
RE: TX135 Goodman Networks
PO Box 759178
Baltimore, MD 21275


Jacksonville Sheriff's Office
501 Easy Bay St. Room 206
Jacksonville, FL 32202

James Roeder
200 Hein Road
Fredericksburg, TX 78624


Jani-King of Austin
2523 South Lakeline Blvd.
Cedar Park, TX 78613


John Goodman
1008 Middle Creek Road
Fredericksburg, TX 78624


Kaizen Tech LLC
5850 Hwy 90
Theodore, AL 36582


Kevin Haynes
8845 Autumn Lake Trail
McKinney, TX 75071


Key Office Products, Inc.
108 W. Plaza
Dodge City, KS 67801


Key West Welding & Fabrication, Inc
5650 First Ave.
Key West, FL 33040


KH Commercial Roofing
5213 Rio Vista Lane
Knoxville, TN 37919


KSA Techonology Partners LLC
155 H Ave.
Coronado, CA 92118

La Grange Crane Service, Inc
6180 River Rd.
La Grange, IL 60525


Larry Duarte Communications
11855 Mountain View Rd.
Tracy, CA 95376


Latite Roofing and Sheet Metal, LLC
2280 W. Copans Rd.
Pompano Beach, FL 33069


Launch 3 Ventures, LLC
27 Daniel Road West
Fairfield, NJ 07004


Lockton Investment Advisors, LLC
PO Box 219153
Kansas City, MO 64121


LogicMonitor, Inc
820 State Street, Floor 5
Santa Barbara, CA 93101


MACS Crane & Rigging, LLC
PO Box 7122
Savannah, GA 31418


Maxim Crane Works, LP
Lockbox #774389
PO Box 854389
Minneapolis, MN 55485-4389


Mechanicool, Inc
740 S. Deerfield Ave.
Deerfield Beach, FL 33441

06/18/2024 05:35:22pm

Micah C McKinney Trust
415 S. Washington
Fredericksburg, TX 78624

Murray L. Bristol
10440 N. Central Expy., Ste. 800
Dallas, Texas 75231

National Telecom Services, LLC
1026 Grove Circle
Murfreeboro, TN 37128

Nations Roof, LLC
PO Box 669271
Dallas, TX 75266

Network Wireless Solutions, LLC
101 W. Chapel Hill St., Suite 210
Durham, NC 27701

Neuberger, Quinn, Gielen, Rubin & Gibber
c/o Nathan Daniel Adler
One South Street, 27th Floor
Baltimore, MD 21202-3201

Northwest Crane Service, LLC
1125 40th St., Suite B
Woodward, OK 73801

OM Electric, Inc
281 West 27th St.
Hialeah, FL 33010

Onenet Communication Group Inc
HC03 Box 6249
Barranguitas, PR 00794

06/18/2024 05:35:22pm

Oriental Trust Department
PO Box 191429
San Juan, PR 00919


P. Marshall & Associates, LLC
PO Box 844666
Boston, MA 02284-4666


Paul Murray Oil, Inc
2900 Phoenix Ave.
Jacksonville, FL 32206


PCTEL, Inc
471 Brighton Drive
Bloomingdale, IL 60108


Phoenix Crane Rental Company
1855 Dickerson Drive
Mableton, GA 30126


Platinum Communications, Inc
2019 Clovis Barker Rd, Blda A, Suite 100
San Marcos, TX 78666


Platt Electric Supply
5429 Lyndon B Johnson Fwy #600
Dallas, TX 75240


Porter Roofing Contractors, Inc
9057 Manchester Highway
Morrison, TN 37357


Pramira LLC
404 N. Berry Street
Brea, CA 92821

Prime Communications, Inc.
22145 W. Maple Road
Elkhorn, NE 68022


Prime Crane Services, LLC
PO Box 1960
Dorado, PR 00646


Primus Electronics
8101 Solutions Center
Chicago, IL 60677


Purpose Transportation
PO Box 535098
Grand Prairie, TX 75050


Rabern Rentals
4807 S. Washington St.
Amarillo, TX 79110


Rainbow Roofing Solutions, LLC
6825 SW 21st Ct, Suite #2
Davie, FL 33317


Regions Bank
1900 5th Ave
North Birmingham, AL 35203


RF Solutions LLC
PO Box 549
Edgewater, NJ 07020


RIO Steel & Tower, LTD
12017 Mitchell Drive
Alvarado, TX 76009

06/18/2024 05:35:22pm

Riverview Lane, LLC
1201 Batson Road
Travelers Rest, SC 29690


Roadsafe Traffic Systems, Inc.
3570 NW 62 St.
Miami, FL 33147


Roofing Professionals Inc
429 Longwood Dr.
Richmond Hill, GA 31324


Rosenberger Site Solutions LLC
PO Box 4268
Lake Charles, LA 70606-4268


Ruben Ramos
1803 Thompson Ave.
Dodge City, KS 67801


SA Recycling, LLC
1610 N. Powerline Rd.
Pompano Beach, FL 33069


Sahb Energy LLC
17195 West 12 Mile Rd.
Southfield, MI 48076


Scott Pickett
4742 Star Ridge Lane
Frisco, TX 75034


Scott Sidel
6505 W. Park Blvd. Ste. 306
Plano, TX 75093

SCS Cloud
2840 West Bay Drive, Suite 125
Belleair Bluffs, FL 33770


Service Works Commercial Roofing, LLC
5423 N. 59th St.
Tampa, FL 33610


Servicely Pty Ltd
84 Curban St.
Balgowlah Heights, NSW 2093


SGS Towers
PO 772285
Detroit, MI 48277-2285


SHI International
PO Box 952121
Dallas, TX 75395-2121


Sims Crane & Equipment Company
1219 US Hwy 301 N
Tampa, FL 33619


Small Business Administration
409 3rd St. SW
Washington, DC 20416


Smartsheet Inc.
500 108th Ave NE, Suite 200
Bellevue, WA 98004


Southern Corrosion, Inc
738 Thelma Rd.
Roanoke Rapids, NC 27870

Southern Protection Agency
PO Box 385
Villa Rica, GA 30180


Sunbelt Rentals Inc.
PO Box 409211
Atlanta, GA 30384


Superior Installation Services, Inc.
1230 Crowley Circle
Carrollton, TX 75006


Sutter Roofing Company of Florida
8811 Maislin Drive
Tampa, FL 33637


Systems Electric NW LLC
1211 224th PL NE
Sammamish, WA 98074


T-Mobile
PO Box 742596
Cincinnati, OH 45274


Talley Inc
PO Box 511390
Los Angeles, CA 90051-7945


Tantara Transportation Group, Inc
46051 Michigan Ave.
Canton, MI 48188


Tavis Souder
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, FL 33418

06/18/2024 05:35:22pm

Taylors Electric of the Upstate LLC
919 Mauldin Road
Greenville, SC 29607


Techdash Communications, LLC
103 Industrial Loop, Suite 900
Fredericksburg, TX 78624


Techdash Telecom, LLC
P.O. Box 2371
Fredericksburg, Texas 78624-1921


TechDash Telecom, LLC
P.O. Box 2371
Fredericksburg, TX 78624-1921


Tempest Telecom Solutions, LLC
136 W. Canon Perdido, St. #100
Santa Barbara, CA 93101


Tessco Technologies Inc
PO Box 936838
Atlanta, GA 31193-6838


Texas Comptroller
P.O. 13528
Capital Station
Austin, TX 78711-3528


Texas Gas Service
PO Box 219913
Kansas City, MO 64121-9913


The Resource Group
101 S. Hanley, Suite 200
Saint Louis, MO 63105

Tim Parsons
3870 Burning Tree Dr.
Bloomfield Hills, MI 48302


TNT Crane & Rigging, Inc.
925 South Loop West
Houston, TX 77054


Trileaf Corporation
1515 Des Peres Rd, Suite 200
Saint Louis, MO 63131


Trilogy Communications
2910 Highway 80 E.
Pearl, MS 39208


TRS-Ren Telco
PO Box 45075
San Francisco, CA


TWR Lighting Inc
PO Box 248836
Oklahoma City, OK 73124-8836


TXN Wireless
5000 Centre Green Way, Ste. 500
Cary, NC 27513


Uline
PO Box 88741
Chicago, IL 60680


United Recruitment, LLC
7700 Windrose Avenue, Ste. G300
Plano, TX 75024

06/18/2024 05:35:22pm

United Rentals
PO Box 840514
Dallas, TX 75284


Universal Background Screening
PO Box 743134
Los Angeles, CA 90074-3134


US Instrument Services
1607 Hart Court, Suite 200
Southlake, TX 76092


Valmont Site Pro 1
7239 Collections Center Drive
Chicago, IL 60693


Verizon Wireless 7170
PO Box 660108
Dallas, TX 75266-0108


Veterans National Property Services, LLC
14034 N. Florida Ave
Tampa, FL 33613


Viking Telecom, LLC
12411 Tall Forest Dr.
Cypress, TX 77429


Vista Bank
5840 W. Northwest Highway
Dallas, TX 75225


Waste Connections Inc
3 Waterway Square Place #110
The Woodlands, TX 77380