IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| Greater Tech Holdings, Inc., | ) |  |
| Techdash Communications, LLC, | ) |  |
| Techdash Telecom, LLC, and | ) |  |
| DeBauche OSP Communications, LLC.[1] | ) |  |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by the Debtors Greater Tech Holdings, Inc., Techdash Communications, LLC, Techdash Telecom, LLC, and DeBauche OSP Communications, LLC, (collectively, the "Debtors") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), were prepared in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007 of the Bankruptcy Local Rules for the Western District of Texas by management of the Debtors, with the assistance of the personal and professional advisors of the Debtors. These documents are compiled and are unaudited.

The Petitions have been signed and the Schedules and Statements will be signed by Wes Hesker, Chief Liquidating Officer/Vice President Finance of the Debtors. Mr. Hesker has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Hesker has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein. In reviewing and signing the Schedules and Statements, Mr. Hesker necessarily relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and completely based

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Greater Tech Holdings, Inc., Techdash Communications, LLC, Techdash Telecom, LLC, and DeBauche OSP Communications, LLC.

upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in the Schedules are inclusive of each Debtor's guarantor obligations.

Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Techdash Telecom, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-32820** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                           **Current value of debtor's interest**

2. Cash on hand

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | **Vista Bank** | **Checking account** | 1 9 0 0 | $28,691.54 |
   | 3.2. | **Vista Bank** | **Checking account** | 1 9 4 3 | $1,230.87 |
   | 3.3. | **Vista Bank** | **Checking account** | 1 8 9 7 | $44,404.08 |
   | 3.4. | **Regions Bank** | **Checking account** | 1 3 2 4 | $0.00 |
   | 3.5. | **Regions Bank** | **Checking account** | 5 2 4 6 | ($983.29) |
   | 3.6. | **Regions Bank** | **Checking account** | 1 3 3 2 | $0.00 |

4. Other cash equivalents     *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**                                                                                          **$73,343.20**
   Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

| | | | |
|---|---|---|---|
| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
| | Name | | |

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                                                $0.00

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ………… ➔ _____
                            face amount       doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ………… ➔ _____
                            face amount       doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                                       $0.00

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

  Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

  Name of entity:                                          % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

  Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                                            $0.00

Debtor **Techdash Telecom, LLC**     Case number (if known) **24-32820**
_Name_

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| Warehouse & Field Equipment $226,880.00 | | $74,263.00 | Accumulated Depreciation | Unknown |

**23. Total of Part 5**     **$0.00**
Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**     **$0.00**
Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
|---|---|---|---|
| | Name | | |

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.   Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Furniture and Fixtures $12,000.00 | $6,714.00 | Accumulated Depreciati | Unknown |
| Office Equipment $27,259.00 | $13,630.00 | Accumulated Depreciati | Unknown |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers and Hardware $2,466,529.00 | $1,454,051.00 | Accumulated Depreciati | Unknown |
| Computer Software $162,637.00 | $55,910.00 | Accumulated Depreciati | Unknown |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                                                                                          $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

**48.** Watercraft, trailers, motors, and related accessories Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Tools $3,043,164.00 | $1,023,942.00 | Accumulated Depreciati | Unknown |
|---|---|---|---|

**51.** Total of Part 8.
Add lines 47 through 50.  Copy the total to line 87.                                                                                                                $0.00

**52.** Is a depreciation schedule available for any of the property listed in Part 8?

☑ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?

☑ No
☐ Yes

## Part 9: Real property

**54.** Does the debtor own or lease any real property?

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56.** Total of Part 9.
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.                                        $0.00

**57.** Is a depreciation schedule available for any of the property listed in Part 9?

☐ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?

☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** Does the debtor have any interests in intangibles or intellectual property?

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | 24-32820 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| Unprotected trade name | | | $0.00 |
| **61.** Internet domain names and websites | | | |
| Websites - www.techdashtelecom.com and www.techdashcommunications.com (no longer active) | | | $0.00 |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |
| All unknown | | | $0.00 |
| **66.** Total of Part 10. Add lines 60 through 65. Copy the total to line 89. | | | **$0.00** |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☒ No
- ☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
- ☒ No
- ☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
- ☒ No
- ☐ Yes

# Part 11: All other assets

**70.** Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** Notes receivable | |
| Description (include name of obligor) | |
| **72.** Tax refunds and unused net operating losses (NOLs) | |
| Description (for example, federal, state, local) | |
| **73.** Interests in insurance policies or annuities | |
| **74.** Causes of action against third parties (whether or not a lawsuit has been filed) | |

Debtor **Techdash Telecom, LLC**  Case number (if known) **24-32820**
Name

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    Leasehold Improvements                                                                                   $16,735.00

78. **Total of Part 11.**                                                                                    $16,735.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $73,343.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $16,735.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $90,078.20 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .......................................................................................... $90,078.20