**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Techdash Telecom, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **24-32820** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.  Go to Part 2.
☑ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**2.1** Priority creditor's name and mailing address

Clyde Crane

154 Dryden Lane

Ball                    LA        71405

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $0.00
Priority amount: $0.00

---

**2.2** Priority creditor's name and mailing address

Danielle Washington

21 W 464 Army Trail Road

Addison                    IL        60101-1404

**Date or dates debt was incurred**
8/11/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $6,063.81
Priority amount: $6,063.81

Debtor   **Techdash Telecom, LLC**                    Case number (if known)   **24-32820**

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.3**   **Priority creditor's name and mailing address**

**Kevin Haynes**

**8845 Autumn Lake Trail**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $109,615.37    **Priority amount** $109,615.37

**McKinney**          **TX**     **75071**

Basis for the claim:
**Severance**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(   **4**   )

---

**2.4**   **Priority creditor's name and mailing address**

**Texas Comptroller**

**P.O. 13528**

**Capital Station**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $0.00    **Priority amount** $0.00

**Austin**          **TX**     **78711-3528**

Basis for the claim:
**State Franchise Tax**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number   **3**   **6**   **9**   **3**

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(   **8**   )

---

**2.5**   **Priority creditor's name and mailing address**

**Tim Parsons**

**3870 Burning Tree Dr.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $8,461.53    **Priority amount** $8,461.53

**Bloomfield Hills**          **MI**     **48302**

Basis for the claim:
**Severance**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(   **4**   )

Debtor   **Techdash Telecom, LLC**                                          Case number (if known)   **24-32820**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $128,413.25 |
|---|---|---|---|

**A Crane Rental LLC**

**Lockbox 8000, Dept 801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Buffalo**                              **NY**      **14267-0002**

Date or dates debt was incurred      **1/19/2023**

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☒ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $408,668.73 |
|---|---|---|---|

**Accu-Tech Corporation**

**11350 Old Roswell Rd., Suite 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Alpharetta**                          **GA**      **30009**

Date or dates debt was incurred      **2/1/2023**

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☒ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $26,515.09 |
|---|---|---|---|

**AccuTemp Services LLC**

**2027 North Harco Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Baton Rouge**                        **LA**      **70815**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☒ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $57.36 |
|---|---|---|---|

**ADT Security Services**

**PO Box 371878**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Pittsburgh**                          **PA**      **15250-7878**

Date or dates debt was incurred      **7/9/2023**

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☒ No
☐ Yes

Debtor **Techdash Telecom, LLC**                    Case number (if known)  **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.5** Nonpriority creditor's name and mailing address

**Advance Permit Services LLC**

**10267 W. Sample Rd.**

**Coral Springs**          FL      33065

Date or dates debt was incurred     2/14/2023

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,600.00

---

**3.6** Nonpriority creditor's name and mailing address

**Advanced Roofing Inc**

**1950 NW 22nd Street**

**Fort Lauderdale**        FL      33311

Date or dates debt was incurred     3/1/2023

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$53,740.00

---

**3.7** Nonpriority creditor's name and mailing address

**Advertising Vehicles Inc (Adsposure)**

**10810 Kenwood Road**

**Cincinnati**            OH      45242

Date or dates debt was incurred     6/1/2023

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,746.31

---

**3.8** Nonpriority creditor's name and mailing address

**Alabama Power**

**PO Box 242**

**Birmingham**            AL      35292

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$16,615.19

All Crane Rental of Alabama LLC

4531 Hamilton Blvd.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Theodore                 AL      36582

Date or dates debt was incurred     6/1/2023

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1,924.00

All Tower Specialties LLC

HC 2 Box 3586

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Santa Isabel              PR      00757

Date or dates debt was incurred     7/1/2023

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$251,857.27

Alliance Communication Cables, Inc.

70 Demarest Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wayne                     NJ      07470

Date or dates debt was incurred     11/28/2022

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,500.00

Allied Roofing Services Inc - Miami

7050 NW 42nd Street

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Miami                     FL      33166

Date or dates debt was incurred     2/1/2023

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Techdash Telecom, LLC**                              Case number (if known)  **24-32820**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13**  **Nonpriority creditor's name and mailing address**

**American Roofing of PR Inc**

**PO Box 6040 Marines Station**

_____

**Mayaguez**                    **PR    00681**

Date or dates debt was incurred    **12/1/2022**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,700.00**

---

**3.14**  **Nonpriority creditor's name and mailing address**

**American Solutions for Business**

**120 S La Salle St.**

_____

**Chicago**                    **IL    60603**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$41.80**

---

**3.15**  **Nonpriority creditor's name and mailing address**

**Anixter, Inc**

**P.O. Box 847428**

_____

**Dallas**                    **TX    75284**

Date or dates debt was incurred    **7/10/2023**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$965.06**

---

**3.16**  **Nonpriority creditor's name and mailing address**

**Arborist Aboard Inc**

**8611 Vivian Bass Way**

_____

**Odessa**                    **FL    33556**

Date or dates debt was incurred    **6/1/2023**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,500.00**

---

Debtor   **Techdash Telecom, LLC**                                    Case number (if known)   **24-32820**

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.17** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,377.18** |

**Area Wide Protective**

**PO Box 636219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cincinnati**                          **OH**     **45263-6219**

**Basis for the claim:** _____

Date or dates debt was incurred     **6/1/2023**

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.18** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,826.33** |

**Ariba, Inc**

**PO Box 734605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**                             **IL**     **60673-4605**

**Basis for the claim:** _____

Date or dates debt was incurred     **7/17/2023**

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.19** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,223.40** |

**AT&T**

**PO Box 5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**                        **IL**     **60197-5019**

**Basis for the claim:** _____

Date or dates debt was incurred     **8/11/2023**

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.20** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,072.34** |

**Autodesk Inc**

**111 McInnis Parkway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Rafael**                          **CA**     **94903**

**Basis for the claim:** _____

Date or dates debt was incurred     **11/1/2022**

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,210.00 |
| --- | --- | --- | --- |

Avalon Test Equipment

3194 Lionshead Ave

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Carlsbad          CA     92010

**Basis for the claim:** _____

Date or dates debt was incurred     3/21/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,947.70 |
| --- | --- | --- | --- |

Baker Tilly Virchow Krause, LLP

Box 78975

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Milwaukee          WI     53278

**Basis for the claim:** _____

Date or dates debt was incurred     11/29/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,570.00 |
| --- | --- | --- | --- |

Barnhart Crane and Rigging Co.

1701 Dunn Ave.

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Memphis          TN     38106

**Basis for the claim:** _____

Date or dates debt was incurred     4/12/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 |
| --- | --- | --- | --- |

Bay Area Waste Solutions

3180 Springhill Ave.

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Mobile          AL     36607

**Basis for the claim:** _____

Date or dates debt was incurred     5/22/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number     ___ ___ ___ ___

| Debtor | **Techdash Telecom, LLC** | | Case number (if known) | **24-32820** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.25** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$1,834.84** |

*Check all that apply.*

**BLR s/o Simplify Compliance**

**PO Box 5094**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Brentwood** | **TN** | **37024** |

| Date or dates debt was incurred | 3/1/2023 | **Is the claim subject to offset?** |

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.26** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$7,672.24** |

*Check all that apply.*

**Blue Cross Blue Shield of Texas**

**PO Box 650615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75265-0615** |

| Date or dates debt was incurred | 10/1/2023 | **Is the claim subject to offset?** |

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.27** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$79,847.50** |

*Check all that apply.*

**Brady's Welding & Machine Shop Inc**

**11991 Hwy 26**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Healdton** | **OK** | **73438** |

| Date or dates debt was incurred | 4/11/2023 | **Is the claim subject to offset?** |

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.28** | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** | **$10,821.06** |

*Check all that apply.*

**Brainier Solutions, Inc**

**7540 Bush Lake Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Minneapolis** | **MN** | **55439** |

| Date or dates debt was incurred | 2/1/2023 | **Is the claim subject to offset?** |

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor  **Techdash Telecom, LLC**                    Case number (if known)  **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.29 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Brillio LLC**

**399 Thornall St, First Floor**

**Edison**                    **NJ**        **08837**

Date or dates debt was incurred        **6/23/2022**

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☒ No
☐ Yes

**$307,515.58**

---

| 3.30 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Business Basics VI**

**9053 Estate Thomas, Suite 101**

**St. Thomas**                    **VI**        **00802**

Date or dates debt was incurred        **5/17/2023**

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☒ No
☐ Yes

**$849.50**

---

| 3.31 | **Nonpriority creditor's name and mailing address** |
|---|---|

**C&C Crane Works LLC**

**2965 Knox Mcrae Dr.**

**Titusville**                    **FL**        **32780**

Date or dates debt was incurred        **2/17/2023**

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☒ No
☐ Yes

**$17,927.70**

---

| 3.32 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Cabos Asset Management LLC**

**13020 SW 85th Avenue Road**

**Miami**                    **FL**        **33156**

Date or dates debt was incurred        **5/9/2023**

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,682.80**

---

Debtor   **Techdash Telecom, LLC**                                Case number (if known)   **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.33** **Nonpriority creditor's name and mailing address**

**Capitol Corporate Services, Inc**

**PO Box 1831**

**Austin**                          **TX**      **78767**

Date or dates debt was incurred      **5/1/2023**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$4,805.00**

---

**3.34** **Nonpriority creditor's name and mailing address**

**Capitol Services, Inc.**

**PO Box 1831**

**Austin**                          **TX**      **78767**

Date or dates debt was incurred      **4/3/2023**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$5,027.85**

---

**3.35** **Nonpriority creditor's name and mailing address**

**CD Telecom**

**4667 E. Rishell CT, Apt. A**

**Concord**                         **CA**      **94521**

Date or dates debt was incurred      **5/11/2023**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$30,000.00**

---

**3.36** **Nonpriority creditor's name and mailing address**

**Cedar Valley Earthworks, Inc**

**22980 E. Apple ln**

**Sedro Woolley**                   **WA**      **98284**

Date or dates debt was incurred      **5/30/2023**

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$35,800.00**

---

Debtor __**Techdash Telecom, LLC**_____   Case number (if known) __**24-32820**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.37** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,391.00**

__Celigo, Inc.__
__1820 Gateway Dr., Suite 260__

**Basis for the claim:**

__San Mateo_____ CA___ 94404__

Date or dates debt was incurred __7/26/2023__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.38** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$975.08**

__Central Texas Refuse, LLC__
__PO Box 18685__

**Basis for the claim:**

__Austin_____ TX___ 78760__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.39** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,121.00**

__CertaPro Painters of Atlanta__
__2960 Alston Drive SE__

**Basis for the claim:**

__Atlanta_____ GA___ 30317__

Date or dates debt was incurred __2/16/2023__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.40** | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

__ChannelMax Inc__
__1736 Somerset Lane__

**Basis for the claim:**

__Mundelien_____ IL___ 60060__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor   **Techdash Telecom, LLC**     Case number (if known) **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.41** Nonpriority creditor's name and mailing address

**Childers Roofing & Sheet Metal, a Tecta**

**1645 Jessie St.**

**Jacksonville**    **FL**    **32206**

Date or dates debt was incurred   **4/1/2023**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,500.00**

---

**3.42** Nonpriority creditor's name and mailing address

**City of Austin**

**PO Box 2267**

**Austin**    **TX**    **78783**

Date or dates debt was incurred   **9/18/2023**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,590.33**

---

**3.43** Nonpriority creditor's name and mailing address

**City of Tallahassee**

**300 S. Adams St.**

**Tallahassee**    **FL**    **32301**

Date or dates debt was incurred   **9/1/2023**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,408.57**

---

**3.44** Nonpriority creditor's name and mailing address

**Clark Crane LLC**

**215 River Hills Dr.**

**Nashville**    **TN**    **37210**

Date or dates debt was incurred   **3/20/2023**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13,685.00**

---

Debtor  **Techdash Telecom, LLC**                          Case number (if known)  **24-32820**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

| 3.45 | **Nonpriority creditor's name and mailing address** |

**Clean 2 Go Fuel Services, LLC**

**22 Madison St.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:**  **$15,875.00**

**Venus**                     **FL      33960**

**Basis for the claim:**

**Date or dates debt was incurred**   **2/15/2023**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.46 | **Nonpriority creditor's name and mailing address** |

**Complete Property Services, LLC**

**13505 Prestige Place**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$38,100.00**

**Tampa**                     **FL      33635**

**Basis for the claim:**

**Date or dates debt was incurred**   **6/1/2023**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.47 | **Nonpriority creditor's name and mailing address** |

**Cox Business**

**PO Box 1259**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Oaks**                      **PA      19456**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

| 3.48 | **Nonpriority creditor's name and mailing address** |

**CraneWorks, Inc**

**2728 Rev. Abraham Woods Jr. Blvd.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$62,025.78**

**Birmingham**                **AL      35203**

**Basis for the claim:**

**Date or dates debt was incurred**   **3/20/2023**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor __**Techdash Telecom, LLC**_____   Case number (if known) __**24-32820**_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.49 | Nonpriority creditor's name and mailing address |

**Creative Planning LLC**

**5440 W. 110th Street**

_____

| **Overland** | **KS** | **66211** |

Date or dates debt was incurred   __**9/1/2022**__

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$27,533.35**

---

| 3.50 | Nonpriority creditor's name and mailing address |

**Cummings & Associates, Inc**

**1 Houston St.**

_____

| **Mobile** | **AL** | **36606** |

Date or dates debt was incurred   __**9/1/2023**__

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,750.00**

---

| 3.51 | Nonpriority creditor's name and mailing address |

**Current Electrical Contracting, Inc**

**PO Box 4215**

_____

| **Tupelo** | **MS** | **38803** |

Date or dates debt was incurred   __**4/5/2023**__

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$176,878.92**

---

| 3.52 | Nonpriority creditor's name and mailing address |

**DEKRA Certifications Inc.**

**1945 The Exchange SE, Suite 300**

_____

| **Atlanta** | **GA** | **30339** |

Date or dates debt was incurred   __**3/14/2023**__

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11,894.96**

Debtor  **Techdash Telecom, LLC**                     Case number (if known)  **24-32820**

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.53**  **Nonpriority creditor's name and mailing address**

**Dell Marketing LP**

**c/o Dell USA LP**

**PO Box 676021**

**Cust # 529995956605**

**Dallas**                    **TX**      **75267-6021**

**Date or dates debt was incurred**    **10/26/2022**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$80,068.58**

---

**3.54**  **Nonpriority creditor's name and mailing address**

**Digital Communications, Inc dba Digitcom**

**PO Box 120308**

**Arlington**                    **TX**      **76012**

**Date or dates debt was incurred**    **6/5/2023**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$40,265.00**

---

**3.55**  **Nonpriority creditor's name and mailing address**

**Digital Edge**

**7 Teleport Drive**

**Staten Island**                    **NY**      **10311**

**Date or dates debt was incurred**    **5/1/2023**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$61,012.59**

---

**3.56**  **Nonpriority creditor's name and mailing address**

**DMC Crane Rental LLC dba Mooney Crane**

**PO Box 2350**

**Benton**                    **AR**      **72018**

**Date or dates debt was incurred**    **5/18/2023**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$5,541.00**

---

Debtor    **Techdash Telecom, LLC**                                    Case number (if known)   **24-32820**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.57 | Nonpriority creditor's name and mailing address |
|---|---|

**Dobson Electric, Inc.**

**9378 Arlington Expressway, Suite 220**

**Jacksonville**          **FL**     **32225**

Date or dates debt was incurred          **8/1/2023**

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,970.00**

---

| 3.58 | Nonpriority creditor's name and mailing address |
|---|---|

**Donlen LLC**

**3000 Lakeside Drive, 2nd Floor**

**Bannockburn**          **IL**     **60015**

Date or dates debt was incurred          **9/26/2023**

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$997.65**

---

| 3.59 | Nonpriority creditor's name and mailing address |
|---|---|

**DOP Engineering, LLC**

**1505 SW 147th Ave.**

**Pembroke Pines**          **FL**     **33027**

Date or dates debt was incurred          **8/1/2023**

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$360.50**

---

| 3.60 | Nonpriority creditor's name and mailing address |
|---|---|

**Double C Group Inc dba Quick Power**

**PO Box 577**

**Arcadia**          **SC**     **29320**

Date or dates debt was incurred          **11/22/2022**

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,929.65**

---

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.61** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $21,598.64 |
|---|---|---|---|---|

**Drury Inn & Suites - Frisco**

**2880 Dallas Parkway**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Frisco** | **TX** | **75034** |

**Basis for the claim:**

Date or dates debt was incurred    **2/25/2023**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.62** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $1,238.00 |
|---|---|---|---|---|

**Duke Rentals**

**1500 SW 7th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Atlantic** | **IA** | **50022** |

**Basis for the claim:**

Date or dates debt was incurred    **8/1/2023**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.63** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $22,508.93 |
|---|---|---|---|---|

**EastGroup Properties, Inc**

**400 W Parkway PL, Suite 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Ridgeland** | **MS** | **39157** |

**Basis for the claim:**

Date or dates debt was incurred    **9/1/2023**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.64** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | $7,200.00 |
|---|---|---|---|---|

**Eduardo Joglar LLC**

**PO Box 363126**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **San Juan** | **PR** | **00936** |

**Basis for the claim:**

Date or dates debt was incurred    **5/25/2023**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.65** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$26,250.00**

Element Electric LLC

2299 Marlee Rd. S

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Saint Johns | FL | 32259 |
|---|---|---|

Date or dates debt was incurred    4/28/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.66** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$15,567.66**

Elliott Electric Supply, LP

P.O. Box 630610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Nacogdoches | TX | 75963-0610 |
|---|---|---|

Date or dates debt was incurred    4/18/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.67** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$40,800.00**

Empire Engineering Services LLC

100 North Central Expy, St 522

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Richardson | TX | 75080 |
|---|---|---|

Date or dates debt was incurred    12/6/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| **3.68** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,180.28**

Enterprise Holdings, INC (EAN Services)

PO Box 840173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Kansas City | MO | 64184 |
|---|---|---|

Date or dates debt was incurred    3/11/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.69** | Nonpriority creditor's name and mailing address

**Environmental Systems Research Institute**

**PO Box 741076**

_____

**Los Angeles**          **CA    90074-1076**

Date or dates debt was incurred    **3/28/2023**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

**$4,104.10**

---

**3.70** | Nonpriority creditor's name and mailing address

**Envision Mechanical Services, LLC**

**7915 Baymeadows Way, Suite 400**

_____

**Jacksonville**          **FL    32256**

Date or dates debt was incurred    **7/11/2023**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

**$7,773.74**

---

**3.71** | Nonpriority creditor's name and mailing address

**Epitome Networks**

**4201 Park Place Court**

_____

**Glen Allen**          **VA    23060**

Date or dates debt was incurred    **2/27/2023**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

**$10,754.21**

---

**3.72** | Nonpriority creditor's name and mailing address

**Esmo Corp**

**Carr #1 Km 24.0 Bo Quebrada Arenas**

**Sector Buen Pastor**

**San Juan**          **PR    00926**

Date or dates debt was incurred    **12/16/2022**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☒ No
☐ Yes

**$6,448.00**

---

Debtor   **Techdash Telecom, LLC**                                          Case number (if known)   **24-32820**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.73**  Nonpriority creditor's name and mailing address

Estech, LLC

1961 W. Finley River Dr.

Nixa                          MO      65714

Date or dates debt was incurred      6/1/2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$10,120.00**

---

**3.74**  Nonpriority creditor's name and mailing address

Evolution 2 Perfection LLC

802 S. Carrier Parkway, PO Box 531589

Grand Praire                  TX      75053

Date or dates debt was incurred      4/17/2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$8,750.00**

---

**3.75**  Nonpriority creditor's name and mailing address

Experis US, Inc.

29973 Network Place

Chicago                       IL      60673

Date or dates debt was incurred      10/6/2022

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$68,666.35**

---

**3.76**  Nonpriority creditor's name and mailing address

FedEx

P.O. Box 660481

Dallas                        TX      75266

Date or dates debt was incurred      8/21/2023

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$1,218.66**

---

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

$43,509.63

**Fiplex Communications Inc**

**2101 NW 79th Ave.**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Miami** | **FL** | **33122** |

**Basis for the claim:**

| Date or dates debt was incurred | **12/1/2022** |

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

$85,123.77

**FixNet Towers Inc**

**2204 Reflection Way**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Savannah** | **GA** | **31407** |

**Basis for the claim:**

| Date or dates debt was incurred | **5/16/2023** |

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

$169,599.00

**Florida Tel-Con, Inc.**

**1513 CR 315-C**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Green Cove Springs** | **FL** | **32043** |

**Basis for the claim:**

| Date or dates debt was incurred | **6/8/2023** |

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
|---|---|---|---|

$16,976.86

**Foxit Software, Inc**

**41841 Albrae St.**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Fremont** | **CA** | **94538** |

**Basis for the claim:**

| Date or dates debt was incurred | **12/1/2022** |

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **Techdash Telecom, LLC**        Case number (if known)  **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.81**  Nonpriority creditor's name and mailing address

Global Tower LLC

2503 Scenic Dr.

Huntsville        AL   35801

Date or dates debt was incurred   4/11/2023

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$613,372.37**

---

**3.82**  Nonpriority creditor's name and mailing address

GME Supply Co.

1391 E. Boone Industrial Blvd.

Columbia        MO   65202

Date or dates debt was incurred   1/27/2023

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$34,633.17**

---

**3.83**  Nonpriority creditor's name and mailing address

Golden Gate Communications LLC

621 Dolores Dr.

Santa Barbara        CA   93109

Date or dates debt was incurred   10/1/2022

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$12,701.00**

---

**3.84**  Nonpriority creditor's name and mailing address

Grainger

Dept. 887570727

P.O. Box 419267

Kansas City        MO   64141

Date or dates debt was incurred   2/1/2023

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$7,113.42**

---

Debtor **Techdash Telecom, LLC** _____   Case number (if known) **24-32820** _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.85** | **Nonpriority creditor's name and mailing address**

Graybar Electric Co Inc

PO Box 840458

_____

Dallas                          TX      75284

Date or dates debt was incurred     2/1/2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$38,888.40**

---

**3.86** | **Nonpriority creditor's name and mailing address**

GSMA Ltd

165 Ottley Drive, NE, Suite 203

_____

Atlanta                         GA      30324

Date or dates debt was incurred     9/1/2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11,444.00**

---

**3.87** | **Nonpriority creditor's name and mailing address**

Hatzel & Buehler, Inc

230 Park Avenue, Suite 925

_____

New York                        NY      10169

Date or dates debt was incurred     5/1/2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$67,601.19**

---

**3.88** | **Nonpriority creditor's name and mailing address**

Haynes and Boone, LLP

PO Box 841399

_____

Dallas                          TX      75284

Date or dates debt was incurred     8/1/2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,356.25**

---

Debtor   **Techdash Telecom, LLC**                                    Case number (if known)   **24-32820**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.89 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$14,688.30**

Hazardous Waste Experts

4319 Tanners Church Rd.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Ellenwood                         GA      30294

Date or dates debt was incurred      1/27/2023

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

| 3.90 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$7,818.03**

Herc Rentals, Inc

PO Box 936257

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Atlanta                           GA      31193

Date or dates debt was incurred      6/26/2023

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

| 3.91 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$7,738.36**

High Wire Networks, Inc

30 N Lincoln St.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Batavia                           IL      60510

Date or dates debt was incurred      5/1/2023

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

| 3.92 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,426.25**

Humana Insurance of Puerto Rico, Inc.

Call Box 70228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

San Juan                          PR      00936-8228

Date or dates debt was incurred      5/12/2023

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Debtor    **Techdash Telecom, LLC**                          Case number (if known)   **24-32820**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.93 | **Nonpriority creditor's name and mailing address** |

**iBwave Solutions Inc**

**400 Sainte-Croix, Suite 2100**

**Saint-Laurent, QC H4N 3L4**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     **2/1/2023**

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**$30,264.00**

---

| 3.94 | **Nonpriority creditor's name and mailing address** |

**Impact Fire Services LLC**

**1 Chisholm Trail Rd, Suite 330**

**Round Rock          TX      78681**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     **5/1/2023**

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**$2,872.00**

---

| 3.95 | **Nonpriority creditor's name and mailing address** |

**Innervent, Inc**

**2400 McCullough Ave. #12091**

**San Antonio          TX      78212**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     **2/1/2023**

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**$32,509.20**

---

| 3.96 | **Nonpriority creditor's name and mailing address** |

**Insite Towers Development LLC**

**RE: TX135 Goodman Networks**

**PO Box 759178**

**Baltimore          MD      21275**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred     **2/1/2023**

Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**$2,564.16**

---

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.97 | **Nonpriority creditor's name and mailing address** |
| | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$60.50

**Jacksonville Sheriff's Office**

**501 Easy Bay St. Room 206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Jacksonville**          **FL**      **32202**

**Basis for the claim:**

**Date or dates debt was incurred**      **6/1/2023**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$981.52

**Jani-King of Austin**

**2523 South Lakeline Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cedar Park**          **TX**      **78613**

**Basis for the claim:**

**Date or dates debt was incurred**      **6/1/2023**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$41,686.26

**Kaizen Tech LLC**

**5850 Hwy 90**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Theodore**          **AL**      **36582**

**Basis for the claim:**

**Date or dates debt was incurred**      **3/27/2023**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$66.05

**Key Office Products, Inc.**

**108 W. Plaza**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dodge City**          **KS**      **67801**

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** ___ ___ ___ ___

☒ No
☐ Yes

---

Debtor  **Techdash Telecom, LLC**                              Case number (if known)  **24-32820**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.101** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.

**$5,865.00**

**Key West Welding & Fabrication, Inc**

**5650 First Ave.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Key West**          **FL**    **33040**

**Basis for the claim:**

Date or dates debt was incurred     **5/18/2023**

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

**3.102** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.

**$3,200.00**

**KH Commercial Roofing**

**5213 Rio Vista Lane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Knoxville**          **TN**    **37919**

**Basis for the claim:**

Date or dates debt was incurred     **6/12/20232**

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.

**$44,222.10**

**KSA Techonology Partners LLC**

**155 H Ave.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Coronado**          **CA**    **92118**

**Basis for the claim:**

Date or dates debt was incurred     **3/31/2023**

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.

**$24,206.45**

**La Grange Crane Service, Inc**

**6180 River Rd.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**La Grange**          **IL**    **60525**

**Basis for the claim:**

Date or dates debt was incurred     **5/12/2023**

**Is the claim subject to offset?**

Last 4 digits of account number     ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.105** Nonpriority creditor's name and mailing address

Larry Duarte Communications

11855 Mountain View Rd.

Tracy                    CA      95376

Date or dates debt was incurred        4/3/2023

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,535.00

---

**3.106** Nonpriority creditor's name and mailing address

Latite Roofing and Sheet Metal, LLC

2280 W. Copans Rd.

Pompano Beach          FL      33069

Date or dates debt was incurred        3/1/2023

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,893.00

---

**3.107** Nonpriority creditor's name and mailing address

Launch 3 Ventures, LLC

27 Daniel Road West

Fairfield               NJ      07004

Date or dates debt was incurred        4/26/2023

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,917.13

---

**3.108** Nonpriority creditor's name and mailing address

Lockton Investment Advisors, LLC

PO Box 219153

Kansas City             MO      64121

Date or dates debt was incurred        11/9/2022

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

Debtor    **Techdash Telecom, LLC**                              Case number (if known)    **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

| 3.109 | Nonpriority creditor's name and mailing address |
|---|---|

**LogicMonitor, Inc**

**820 State Street, Floor 5**

_____

**Santa Barbara          CA      93101**

Date or dates debt was incurred    **6/1/2023**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$21,154.77**

---

| 3.110 | Nonpriority creditor's name and mailing address |
|---|---|

**MACS Crane & Rigging, LLC**

**PO Box 7122**

_____

**Savannah          GA      31418**

Date or dates debt was incurred    **3/29/2023**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,300.00**

---

| 3.111 | Nonpriority creditor's name and mailing address |
|---|---|

**Maxin Crane Works LP**

**Lockbox #774389**

**PO Box 854389**

_____

**Minneapolis          MN      55485-4389**

Date or dates debt was incurred    **3/1/2023**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$132,000.00**

---

| 3.112 | Nonpriority creditor's name and mailing address |
|---|---|

**Mechanicool, Inc**

**740 S. Deerfield Ave.**

_____

**Deerfield Beach          FL      33441**

Date or dates debt was incurred    **12/28/2022**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,500.00**

---

Debtor   **Techdash Telecom, LLC**                                     Case number (if known)   **24-32820**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.113 | **Nonpriority creditor's name and mailing address** |

**National Telecom Services, LLC**

**1026 Grove Circle**

**Amount of claim: $28,800.00**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Murfreeboro** | **TN** | **37128** |

**Basis for the claim:** _____

Date or dates debt was incurred   **8/28/2023**

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** |

**Nations Roof, LLC**

**PO Box 669271**

**Amount of claim: $26,015.00**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Dallas** | **TX** | **75266** |

**Basis for the claim:** _____

Date or dates debt was incurred   **1/30/2023**

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** |

**Network Wireless Solutions, LLC**

**101 W. Chapel Hill St., Suite 210**

**Amount of claim: $10,698.26**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Durham** | **NC** | **27701** |

**Basis for the claim:** _____

Date or dates debt was incurred   **12/1/2022**

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** |

**Northwest Crane Service, LLC**

**1125 40th St., Suite B**

**Amount of claim: $28,879.20**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Woodward** | **OK** | **73801** |

**Basis for the claim:** _____

Date or dates debt was incurred   **6/1/2023**

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    **Techdash Telecom, LLC**                     Case number (if known)  **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.117**  Nonpriority creditor's name and mailing address

OM Electric, Inc

281 West 27th St.

Hialeah                    FL      33010

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$4,800.00**

---

**3.118**  Nonpriority creditor's name and mailing address

Onenet Communication Group Inc

HC03 Box 6249

Barranguitas              PR      00794

Date or dates debt was incurred    2/7/2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$305,370.50**

---

**3.119**  Nonpriority creditor's name and mailing address

Oriental Trust Department

PO Box 191429

San Juan                  PR      00919

Date or dates debt was incurred    9/1/2023

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$500.00**

---

**3.120**  Nonpriority creditor's name and mailing address

P. Marshall & Associates, LLC

PO Box 844666

Boston                    MA      02284-4666

Date or dates debt was incurred    12/12/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☑ No
☐ Yes

**$33,250.00**

---

| | |
|---|---|
| Debtor | **Techdash Telecom, LLC** |

Case number (if known) **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.121**   Nonpriority creditor's name and mailing address

**Paul Murray Oil, Inc**

**2900 Phoenix Ave.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,576.22**

| Jacksonville | FL | 32206 |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred   **2/19/2023**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.122**   Nonpriority creditor's name and mailing address

**PCTEL, Inc**

**471 Brighton Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$366.00**

| Bloomingdale | IL | 60108 |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123**   Nonpriority creditor's name and mailing address

**Phoenix Crane Rental Company**

**1855 Dickerson Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,422.00**

| Mableton | GA | 30126 |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred   **1/1/2023**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124**   Nonpriority creditor's name and mailing address

**Platinum Communications, Inc**

**2019 Clovis Barker Rd, Blda A, Suite 100**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,550.00**

| San Marcos | TX | 78666 |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred   **4/1/2023**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.125 | Nonpriority creditor's name and mailing address |
|---|---|

**Platt Electric Supply**

**5429 Lyndon B Johnson Fwy #600**

**Dallas**                          **TX      75240**

Date or dates debt was incurred        **5/11/2023**

Last 4 digits of account number        __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$12,772.07**

| 3.126 | Nonpriority creditor's name and mailing address |
|---|---|

**Porter Roofing Contractors, Inc**

**9057 Manchester Highway**

**Morrison**                          **TN      37357**

Date or dates debt was incurred        **2/1/2023**

Last 4 digits of account number        __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$5,000.00**

| 3.127 | Nonpriority creditor's name and mailing address |
|---|---|

**Pramira LLC**

**404 N. Berry Street**

**Brea**                          **CA      92821**

Date or dates debt was incurred        **11/23/2022**

Last 4 digits of account number        __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$20,900.00**

| 3.128 | Nonpriority creditor's name and mailing address |
|---|---|

**Prime Communications, Inc.**

**22145 W. Maple Road**

**Elkhorn**                          **NE      68022**

Date or dates debt was incurred        **5/31/2023**

Last 4 digits of account number        __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$57,391.00**

Debtor    **Techdash Telecom, LLC** _____    Case number (if known)   **24-32820** _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.129 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$161,161.11**

**Prime Crane Services, LLC**

**PO Box 1960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Dorado**          **PR      00646**

Date or dates debt was incurred        **1/23/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.130 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$2,113.80**

**Primus Electronics**

**8101 Solutions Center**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Chicago**          **IL      60677**

Date or dates debt was incurred        **2/1/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.131 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$4,936.10**

**Purpose Transportation**

**PO Box 535098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Grand Prairie**          **TX      75050**

Date or dates debt was incurred        **3/3/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

---

| 3.132 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,855.86**

**Rabern Rentals**

**4807 S. Washington St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Amarillo**          **TX      79110**

Date or dates debt was incurred        **6/1/2023**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Debtor __**Techdash Telecom, LLC**__   Case number (if known) __**24-32820**__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.133 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

__Rainbow Roofing Solutions, LLC__

__6825 SW 21st Ct, Suite #2__

__Davie__                     __FL__     __33317__

Date or dates debt was incurred    __5/1/2023__

Last 4 digits of account number    __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$38,640.00**

---

| 3.134 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

__RF Solutions LLC__

__PO Box 549__

__Edgewater__                 __NJ__     __07020__

Date or dates debt was incurred    __2/2/2023__

Last 4 digits of account number    __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$18,600.00**

---

| 3.135 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

__RIO Steel & Tower, LTD__

__12017 Mitchell Drive__

__Alvarado__                  __TX__     __76009__

Date or dates debt was incurred    __4/1/2023__

Last 4 digits of account number    __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$54,985.00**

---

| 3.136 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

__Riverview Lane, LLC__

__1201 Batson Road__

__Travelers Rest__           __SC__     __29690__

Date or dates debt was incurred    __9/19/2023__

Last 4 digits of account number    __ __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$7,408.91**

Debtor     **Techdash Telecom, LLC**                         Case number (if known)   **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,877.50** |
|---|---|---|---|

**Roadsafe Traffic Systems, Inc.**

**3570 NW 62 St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Miami**                    **FL    33147**

**Basis for the claim:**

Date or dates debt was incurred      **5/1/2023**

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00** |
|---|---|---|---|

**Roofing Professionals Inc**

**429 Longwood Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Richmond Hill**              **GA    31324**

**Basis for the claim:**

Date or dates debt was incurred      **3/1/2023**

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,183.54** |
|---|---|---|---|

**Rosenberger Site Solutions LLC**

**PO Box 4268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lake Charles**              **LA    70606-4268**

**Basis for the claim:**

Date or dates debt was incurred      **4/10/2023**

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Ruben Ramos**

**1803 Thompson Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dodge City**              **KS    67801**

**Basis for the claim:**

Date or dates debt was incurred      **9/1/2023**

Last 4 digits of account number      ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor     **Techdash Telecom, LLC**                          Case number (if known)   **24-32820**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |

**SA Recycling, LLC**

**1610 N. Powerline Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Pompano Beach** | **FL** | **33069** |

Date or dates debt was incurred     **4/1/2023**

**Is the claim subject to offset?**

Last 4 digits of account number     — — — —

☑ No
☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,125.00** |

**Sahb Energy LLC**

**17195 West 12 Mile Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Southfield** | **MI** | **48076** |

Date or dates debt was incurred     **1/17/2023**

**Is the claim subject to offset?**

Last 4 digits of account number     — — — —

☑ No
☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**SCS Cloud**

**2840 West Bay Drive, Suite 125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Belleair Bluffs** | **FL** | **33770** |

Date or dates debt was incurred     **4/1/2023**

**Is the claim subject to offset?**

Last 4 digits of account number     — — — —

☑ No
☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |

**Service Works Commercial Roofing, LLC**

**5423 N. 59th St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Tampa** | **FL** | **33610** |

Date or dates debt was incurred     **5/3/2023**

**Is the claim subject to offset?**

Last 4 digits of account number     — — — —

☑ No
☐ Yes

---

Debtor   **Techdash Telecom, LLC**                                    Case number (if known)   **24-32820**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.145 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$62,346.47**

Servicely Pty Ltd

84 Curban St.

Balgowlah Heights, NSW 2093

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   12/14/2022

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,150.00**

SGS Towers

PO 772285

Detroit                    MI      48277-2285

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   12/20/2022

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,675.87**

SHI International

PO Box 952121

Dallas                    TX      75395-2121

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   11/1/2022

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

**$263,289.74**

Sims Crane & Equipment Company

1219 US Hwy 301 N

Tampa                    FL      33619

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   1/16/2023

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   **Techdash Telecom, LLC**                                     Case number (if known)   **24-32820**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.149 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

**$9,269,000.00**

**Small Business Administration**

☐ Contingent

**409 3rd St. SW**

☐ Unliquidated

☑ Disputed

**Washington**          **DC**      **20416**

**Basis for the claim:**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,555.40**

**Smartsheet Inc.**

☐ Contingent

**500 108th Ave NE, Suite 200**

☐ Unliquidated

☐ Disputed

**Bellevue**            **WA**      **98004**

**Basis for the claim:**

Date or dates debt was incurred   **7/16/2023**

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,200.00**

**Southern Corrosion, Inc**

☐ Contingent

**738 Thelma Rd.**

☐ Unliquidated

☐ Disputed

**Roanoke Rapids**       **NC**      **27870**

**Basis for the claim:**

Date or dates debt was incurred   **2/14/2023**

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

As of the petition filing date, the claim is:
*Check all that apply.*

**$7,079.50**

**Southern Protection Agency**

☐ Contingent

**PO Box 385**

☐ Unliquidated

☐ Disputed

**Villa Rica**          **GA**      **30180**

**Basis for the claim:**

Date or dates debt was incurred   **8/1/2023**

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor    **Techdash Telecom, LLC**                                      Case number (if known)   **24-32820**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                **Amount of claim**

---

**3.153**   **Nonpriority creditor's name and mailing address**

**Sunbelt Rentals Inc.**

**PO Box 409211**

_____

**Atlanta**                          **GA**      **30384**

Date or dates debt was incurred      **3/9/2023**

Last 4 digits of account number      __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$59,713.30**

---

**3.154**   **Nonpriority creditor's name and mailing address**

**Superior Installation Services, Inc.**

**1230 Crowley Circle**

_____

**Carrollton**                        **TX**      **75006**

Date or dates debt was incurred      **3/3/2023**

Last 4 digits of account number      __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,035.00**

---

**3.155**   **Nonpriority creditor's name and mailing address**

**Sutter Roofing Company of Florida**

**8811 Maislin Drive**

_____

**Tampa**                            **FL**      **33637**

Date or dates debt was incurred      **3/28/2023**

Last 4 digits of account number      __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,037.00**

---

**3.156**   **Nonpriority creditor's name and mailing address**

**Systems Electric NW LLC**

**1211 224th PL NE**

_____

**Sammamish**                        **WA**      **98074**

Date or dates debt was incurred      **5/30/2023**

Last 4 digits of account number      __ __  __ __  __ __  __ __

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$90,700.00**

---

Debtor   **Techdash Telecom, LLC**                                      Case number (if known)   **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

**3.157**   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:       **$165.58**
*Check all that apply.*

T-Mobile                          ☐ Contingent

PO Box 742596                     ☐ Unliquidated
                                  ☐ Disputed

                                  **Basis for the claim:**

Cincinnati          OH   45274

Date or dates debt was incurred   9/15/2023         Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __       ☒ No
                                                    ☐ Yes


**3.158**   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:       **$114,777.84**
*Check all that apply.*

Talley Inc                        ☐ Contingent

PO Box 511390                     ☐ Unliquidated
                                  ☐ Disputed

                                  **Basis for the claim:**

Los Angeles         CA   90051-7945

Date or dates debt was incurred   3/9/2023          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __       ☒ No
                                                    ☐ Yes


**3.159**   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:       **$96.00**
*Check all that apply.*

Tantara Transportation Group, Inc   ☐ Contingent

46051 Michigan Ave.               ☐ Unliquidated
                                  ☐ Disputed

                                  **Basis for the claim:**

Canton              MI   48188

Date or dates debt was incurred                     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __       ☒ No
                                                    ☐ Yes


**3.160**   **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:       **$25,050.00**
*Check all that apply.*

Taylors Electric of the Upstate LLC   ☐ Contingent

919 Mauldin Road                  ☐ Unliquidated
                                  ☐ Disputed

                                  **Basis for the claim:**

Greenville          SC   29607

Date or dates debt was incurred   11/1/2022         Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __       ☒ No
                                                    ☐ Yes

Debtor    **Techdash Telecom, LLC**                                    Case number (if known)   **24-32820**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

| 3.161 | Nonpriority creditor's name and mailing address |
|---|---|

**Techdash Communications, LLC**

**103 Industrial Loop, Suite 900**

**Fredericksburg**          **TX**     **78624**

Date or dates debt was incurred     **10/1/2022**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$135,661.00**

---

| 3.162 | Nonpriority creditor's name and mailing address |
|---|---|

**Tempest Telecom Solutions, LLC**

**136 W. Canon Perdido, St. #100**

**Santa Barbara**          **CA**     **93101**

Date or dates debt was incurred     **5/1/2023**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$5,516.84**

---

| 3.163 | Nonpriority creditor's name and mailing address |
|---|---|

**Tessco Technologies Inc**

**PO Box 936838**

**Atlanta**          **GA**     **31193-6838**

Date or dates debt was incurred     **3/1/2023**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$116,720.93**

---

| 3.164 | Nonpriority creditor's name and mailing address |
|---|---|

**Texas Gas Service**

**PO Box 219913**

**Kansas City**          **MO**     **64121-9913**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor  **Techdash Telecom, LLC**   Case number (if known)  **24-32820**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.165** Nonpriority creditor's name and mailing address

**The Resource Group**

**101 S. Hanley, Suite 200**

**$6,269.48**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Saint Louis**       **MO**     **63105**

**Basis for the claim:**

Date or dates debt was incurred     **12/28/2022**

Is the claim subject to offset?

Last 4 digits of account number     ___ ___ ___ ___

☒ No
☐ Yes

---

**3.166** Nonpriority creditor's name and mailing address

**TNT Crane & Rigging, Inc.**

**925 South Loop West**

**$97,278.30**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**       **TX**     **77054**

**Basis for the claim:**

Date or dates debt was incurred     **1/26/2023**

Is the claim subject to offset?

Last 4 digits of account number     ___ ___ ___ ___

☒ No
☐ Yes

---

**3.167** Nonpriority creditor's name and mailing address

**Trileaf Corporation**

**1515 Des Peres Rd, Suite 200**

**$1,000.00**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Saint Louis**       **MO**     **63131**

**Basis for the claim:**

Date or dates debt was incurred     **12/9/2022**

Is the claim subject to offset?

Last 4 digits of account number     ___ ___ ___ ___

☒ No
☐ Yes

---

**3.168** Nonpriority creditor's name and mailing address

**Trilogy Communications**

**2910 Highway 80 E.**

**$1,800.00**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pearl**       **MS**     **39208**

**Basis for the claim:**

Date or dates debt was incurred     **3/1/2023**

Is the claim subject to offset?

Last 4 digits of account number     ___ ___ ___ ___

☒ No
☐ Yes

Debtor   **Techdash Telecom, LLC**                                   Case number (if known)   **24-32820**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.169**   Nonpriority creditor's name and mailing address

**TRS-Ren Telco**

**PO Box 45075**

**San Francisco, CA**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **6/11/2023**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$17,886.28

---

**3.170**   Nonpriority creditor's name and mailing address

**TWR Lighting Inc**

**PO Box 248836**

**Oklahoma City          OK     73124-8836**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **7/7/2023**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$1,283.50

---

**3.171**   Nonpriority creditor's name and mailing address

**TXN Wireless**

**5000 Centre Green Way, Ste. 500**

**Cary          NC     27513**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   **4/24/2023**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$12,000.00

---

**3.172**   Nonpriority creditor's name and mailing address

**Uline**

**PO Box 88741**

**Chicago          IL     60680**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$925.59

---

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
| --- | --- | --- | --- |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.173 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**United Recruitment, LLC**

**7700 Windrose Avenue, Ste. G300**

**Plano**      **TX**    **75024**

Date or dates debt was incurred    **2/15/2023**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$78,868.00**

---

| 3.174 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**United Rentals**

**PO Box 840514**

**Dallas**      **TX**    **75284**

Date or dates debt was incurred    **2/3/2023**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$40,565.72**

---

| 3.175 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Universal Background Screening**

**PO Box 743134**

**Los Angeles**      **CA**    **90074-3134**

Date or dates debt was incurred    **2/28/2023**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$18,056.51**

---

| 3.176 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**US Instrument Services**

**1607 Hart Court, Suite 200**

**Southlake**      **TX**    **76092**

Date or dates debt was incurred    **12/8/2022**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$7,625.00**

---

Debtor   **Techdash Telecom, LLC**                                   Case number (if known)   **24-32820**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.177 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$43,141.56**

**Valmont Site Pro 1**

**7239 Collections Center Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Chicago** | **IL** | **60693** |
|---|---|---|

Date or dates debt was incurred   **2/27/2023**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,982.33**

**Verizon Wireless 7170**

**PO Box 660108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75266-0108** |
|---|---|---|

Date or dates debt was incurred   **8/31/2023**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,281.90**

**Veterans National Property Services, LLC**

**14034 N. Florida Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Tampa** | **FL** | **33613** |
|---|---|---|

Date or dates debt was incurred   **5/1/2023**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$266,884.13**

**Viking Telecom, LLC**

**12411 Tall Forest Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Cypress** | **TX** | **77429** |
|---|---|---|

Date or dates debt was incurred   **6/1/2023**

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

Debtor **Techdash Telecom, LLC**                    Case number (if known) **24-32820**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.181** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$43,332,624.83**

**Vista Bank**

**5840 W. Northwest Highway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**                    **TX**      **75225**            **contract balance as of June 30, 2023**

Date or dates debt was incurred      **06/30/2023**

**Is the claim subject to offset?**

Last 4 digits of account number      ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.182** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Waste Connections Inc**

**3 Waterway Square Place #110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**The Woodlands**            **TX**      **77380**

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number      ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor    **Techdash Telecom, LLC**                                      Case number (if known) **24-32820**

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| 4.1 | 1974 Portfolio Investments I, LLC<br>1230 Rosecrans Ave. Suite 425<br><br>Manhattan Beach    CA    90266 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.2 | Alston & Bird<br>2200 Ross Ave #2300<br><br>Dallas    TX    75201 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.3 | Autodesk Inc.<br>The Landmark @ One Market, Suite, 400<br><br>San Francisco    CA    94105 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.4 | Cain & Daniels, Inc.<br>c/o Adam Swanson<br>4902 Eisenhower Blvd.<br><br>Tampa    FL    33634 | Line **3.31**<br>☐ Not listed. Explain: | __ __ __ __ |
| 4.5 | CD Telecom<br>1231 NE McWilliams Rd, Apt. K105<br><br>Bremerton    WA    98311-3198 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.6 | Celigo, Inc.<br>3 Lagoon Dr., Suite 130<br><br>Redwood City    CA    94065-1566 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor **Techdash Telecom, LLC** _____ Case number (if known) **24-32820**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.7** **Equity Trust Company**
**FBO James Osborn Roeder IRA**
**1 Equity Way**

Westlake          OH      44145

Line _____

☑ Not listed.  Explain:
**Notice Only**

\_\_ \_\_ \_\_ \_\_


**4.8** **Goodman Networks**
**2801 Network Blvd, Ste 300**

Frisco          TX      75034

Line _____

☑ Not listed.  Explain:
**Notice Only**

\_\_ \_\_ \_\_ \_\_


**4.9** **Goodman Peak**
**640 Lee Road, 3rd Floor**

Wayne          PA      19087

Line _____

☑ Not listed.  Explain:
**Notice Only**

\_\_ \_\_ \_\_ \_\_


**4.10** **Greater Tech Holdings, Inc.**
**P.O. Box 2371**

Fredericksburg          TX      78624-1921

Line _____

☑ Not listed.  Explain:
**Notice Only**

\_\_ \_\_ \_\_ \_\_


**4.11** **GTH-MGMT LLC**
**103 Industrial Loop, Suite 1100**

Fredericksburg          TX      78624

Line _____

☑ Not listed.  Explain:
**Notice Only**

\_\_ \_\_ \_\_ \_\_


**4.12** **Haymarket Insurance Company**
**415 Bedford Road, Suite 102**

Pleasantville          NY      10570

Line _____

☑ Not listed.  Explain:
**Notice Only**

\_\_ \_\_ \_\_ \_\_


**4.13** **James Roeder**
**200 Hein Road**

Fredericksburg          TX      78624

Line _____

☑ Not listed.  Explain:
**Notice Only**

\_\_ \_\_ \_\_ \_\_

Debtor    **Techdash Telecom, LLC**                                    Case number (if known)   **24-32820**

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**4.14**  **John Goodman**

**1008 Middle Creek Road**

**Fredericksburg**       **TX**    **78624**

Line _____

☑ Not listed.  Explain:
  **Notice Only**

__ __ __ __

**4.15**  **Micah C McKinney Trust**

**415 S. Washington**

**Fredericksburg**       **TX**    **78624**

Line _____

☑ Not listed.  Explain:
  **Notice Only**

__ __ __ __

**4.16**  **Micah C. McKinney Trust**

**1506 Mud Creek Rd.**

**Fredericksburg**       **TX**    **78624**

Line _____

☑ Not listed.  Explain:
  **Notice Only**

__ __ __ __

**4.17**  **Murray L. Bristol**

**10440 N. Central Expy., Ste. 800**

**Dallas**       **TX**    **75231**

Line   **3.181**

☐ Not listed.  Explain:

__ __ __ __

**4.18**  **Neuberger, Quinn, Gielen, Rubin & Gibber**

**c/o Nathan Daniel Adler**

**One South Street, 27th Floor**

**Baltimore**       **MD**    **21202-3201**

Line   **3.163**

☐ Not listed.  Explain:

__ __ __ __

**4.19**  **Prime Communications, Inc.**

**PO Box 131**

**Elkhorn**       **NE**    **68022-0131**

Line _____

☑ Not listed.  Explain:
  **Notice Only**

__ __ __ __

**4.20**  **Regions Bank**

**1900 5th Ave**

**North Birmingham**       **AL**    **35203**

Line   **3.149**

☐ Not listed.  Explain:

__ __ __ __

Debtor   **Techdash Telecom, LLC**                                    Case number (if known)   **24-32820**

| | |
|---|---|
| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.21**   **Roofing Professionals Inc.**

**PO Box 995**

**Richmond Hill**          **GA**     **31324**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

___ ___ ___ ___

**4.22**   **Scott Pickett**

**4742 Star Ridge Lane**

**Frisco**          **TX**     **75034**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

___ ___ ___ ___

**4.23**   **Scott Sidel**

**6505 W. Park Blvd. Ste. 306**

**Plano**          **TX**     **75093**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

___ ___ ___ ___

**4.24**   **Tavis Souder**

**Schwed, Adams & McGinley, P.A.**

**7111 Fairway Drive, Suite 105**

**Palm Beach Gardens**     **FL**     **33418**

**Attorney for Kevin Davis**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

___ ___ ___ ___

Debtor   **Techdash Telecom, LLC**                         Case number (if known)   **24-32820**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|     |                                                  |     | **Total of claim amounts** |
|-----|--------------------------------------------------|-----|----------------------------|
| 5a. | **Total claims from Part 1**                     | 5a. | **$124,140.71**            |
| 5b. | **Total claims from Part 2**                     | 5b. + | **$58,851,815.42**       |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$58,975,956.13**        |