**Fill in this information to identify the case:**

Debtor name    **Techdash Telecom, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **24-32820**
(if known)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024** <br> MM / DD / YYYY | to | Filing date | ☐ Operating a business <br> ☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2023** <br> MM / DD / YYYY | to | **12/31/2023** <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$22,506,708.59** |
| **For the year before that:** | From **01/01/2022** <br> MM / DD / YYYY | to | **12/31/2022** <br> MM / DD / YYYY | ☑ Operating a business <br> ☐ Other _____ | **$57,875,862.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

   ☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| Debtor | **Techdash Telecom, LLC** | | Case number (if known) | **24-32820** |
|---|---|---|---|---|
| | Name | | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **See attached response to #14** | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City                         State      ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Vista Bank, Plaintiff vs. TechDash Telecom, LLC, Greater Tech Holdings, Inc., and John Goodman, Defendants** | | **191st District Court of Dallas County** | ☑ Pending |
| | | Name | ☐ On appeal |
| | | **600 Commerce St #691** | ☐ Concluded |
| **Case number** | | Street | |
| **DC-23-16418** | | | |
| | | **Dallas                  TX    75202** | |
| | | City                       State   ZIP Code | |
| 7.2. **C&C Crane Works, LLC v. TechDash Telecom, LLC** | | **County Court of the Ninth Judicial Circ** | ☑ Pending |
| | | Name | ☐ On appeal |
| | | **425 N. Orange Ave.** | ☐ Concluded |
| | | Street | |
| **Case number** | | | |
| **2023-CC-023686-O** | | **Orlando            FL    32801** | |
| | | City                       State   ZIP Code | |

| Debtor | **Techdash Telecom, LLC** | | Case number (if known) | **24-32820** |
|---|---|---|---|---|
| | Name | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Sheila Krick v. Efren Reyes and TechDash Telecom, LLC f/k/a Goodman Telecom Services, LLC** | | **Circuit Court Twentieth Judicial Circui**<br>Name<br><br>**350 E. Marion Avenue**<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2023-CA-000556** | | **Punta Gorda**          **FL**    **33950**<br>City                  State    ZIP Code | |
| 7.4. | **Tessco Technologies Inc. v. TechDash Telecom, LLC** | | **Circuit Court for Baltimore County**<br>Name<br><br>**401 Bosley Avenue**<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**C-03-CV-23-004888** | | **Towson**          **MD**    **21204**<br>City                  State    ZIP Code | |
| 7.5. | **Kevin Davis, Plaintiff vs. Alvin Lynwood Carver III, Goodman Networks Incorporated, and Goodman Telecom Services, LLC** | | **Circuit Court 9th Judicial Florida**<br>Name<br><br>**425 N. Orange Ave**<br>Street | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| | Case number<br>**2022-CA-9897-O** | | **Orlando**          **FL**    **32801**<br>City                  State    ZIP Code | |
| 7.6. | **Manpower Group US LLC vs. Techdash Telecom, LLC fka Goodman Telecom Services, LLC** | | **216th Judicial District Gillespie County**<br>Name<br><br>**101 W. Main Street**<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**24-17700** | | **Kerrville**          **TX**    **78028**<br>City                  State    ZIP Code | |
| 7.7. | **Alliance Communications Cables, Inc. vs. TechDash Telecom, LLC** | | **Circuit Court for Baltimore County**<br>Name<br><br>**401 Bosley Ave**<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**C-03-CV-24-000920** | | **Towson**          **MD**    **21204**<br>City                  State    ZIP Code | |
| 7.8. | **Paycheck Protection Program Appeal Of: Goodman Telecom Services, LLC, Appellant Loan No. 2597117200** | | **U.S. Small Business Admin. Office**<br>Name<br><br>**409 3rd St. SW, Eighth floor**<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | **Washington**          **DC**    **20416**<br>City                  State    ZIP Code | |

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
|---|---|---|---|
| | Name | | |

**7.9.** Case title
**Drury Hotels Company, LLC vs TechDash Telecom, LLC**

Nature of case

Court or agency's name and address
**21st Judicial Circuit, St. Louis County**
Name
**105 S Central Ave**
Street

Status of case
☑ Pending
☐ On appeal
☐ Concluded

Case number
**24SL-AC05668**

**St. Louis**          **MO   63105**
City          State   ZIP Code

**7.10.** Case title
**Andrew Mettee vs. TechDash Telecom, LLC**

Nature of case

Court or agency's name and address
Name
Street

Status of case
☐ Pending
☐ On appeal
☐ Concluded

Case number

City          State   ZIP Code

**7.11.** Case title
**Bigrentz, Inc. vs. Goodman Telecom Services, LLC**

Nature of case

Court or agency's name and address
Name
Street

Status of case
☐ Pending
☐ On appeal
☐ Concluded

Case number

City          State   ZIP Code

**7.12.** Case title
**Cynthia Eisenkerch vs. TechDash Communications, LLC**

Nature of case

Court or agency's name and address
Name
Street

Status of case
☐ Pending
☐ On appeal
☐ Concluded

Case number

City          State   ZIP Code

**7.13.** Case title
**Elliott Electric Supply, Inc. vs. TechDash Telecom, LLC and Geoff Miller**

Nature of case

Court or agency's name and address
Name
Street

Status of case
☐ Pending
☐ On appeal
☐ Concluded

Case number

City          State   ZIP Code

**7.14.** Case title
**Estech LLC vs. TechDash Telecom, LLC**

Nature of case

Court or agency's name and address
Name
Street

Status of case
☐ Pending
☐ On appeal
☐ Concluded

Case number

City          State   ZIP Code

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.15. | **FedEx Supply Chain Logistics & Electronics Inc. vs. James E Goodman Jr. et al** | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | | | City        State   ZIP Code | |
| 7.16. | **Graybar Electric Company, Inc. vs. TechDash Telecom, LLC** | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | | | City        State   ZIP Code | |
| 7.17. | **La Grange Crane Services Inc. vs. TechDash Telecom, LLC** | | **Circuit Court of Cook County, IL** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | **50 West Washington Street** | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | **2024L004478** | | **Chicago          IL    60602** | |
| | | | City        State   ZIP Code | |
| 7.18. | **Primera Tennyson Partners, LLC vs. TechDash Telecom LLC** | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | | | City        State   ZIP Code | |
| 7.19. | **Rabern Rentals LLC vs. TechDash Telecom, LLC** | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | | | City        State   ZIP Code | |
| 7.20. | **RIO Steel & Tower, Limited Partnership vs. TechDash Telecom, LLC** | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | | | City        State   ZIP Code | |

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.21. | **Sunbelt Rentals vs. Goodman Telecom Services LLC** | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | | |
| | _____ | | City          State   ZIP Code | |
| 7.22. | **Beth Bassett vs. Haiden T. Fowles, Donlen Trust; Goodman Telecom Services, LLC; Techdash Telecom, LLC; and Greater Tech Holdings, Inc.** | Nature of case | **Circuit Court of 20th Judicial Circuit** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☑ Concluded |
| | **Case number** | | | |
| | **23-CA-001890** | | **Lee County          FL** | |
| | | | City          State   ZIP Code | |
| 7.23. | **Maxin Crane Works LP vs. Goodman Telecom Services LLC dba Techdash Telecom LLC** | Nature of case **Collections** | **Orange County Circuit Court** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | **425 N. Orange Avenue** | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | **24TC-200785516** | | **Orlando          FL    32801** | |
| | | | City          State   ZIP Code | |

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☑ None

| Debtor | **Techdash Telecom, LLC** | Case number (if known) | **24-32820** |
| | Name | | |

---

**Part 6:**  **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Griffith, Jay & Michel, LLP** | | **12/04/23** | **$4,338.00** |

Address

**2200 Forest Park Blvd.**
Street

**Fort Worth**          **TX**     **76110**
City                    State   ZIP Code

Email or website address

**www.lawgjm.com**

Who made the payment, if not debtor?

**Intercompany transfer Greater Tech**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

**Part 7:**  **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | **103 Industrial Loop, Suite 1100**<br>Street | | From **January 2021** | To **August 2023** |
| | **Fredericksburg**          **TX**     **78624**<br>City                    State   ZIP Code | | | |

---

| Debtor | **Techdash Telecom, LLC** | | Case number (if known) | **24-32820** |
|---|---|---|---|---|
| | Name | | | |

| | **Address** | | | **Dates of occupancy** | | |
|---|---|---|---|---|---|---|
| 14.2. | **Spaces Kirby Grove** | | | From | **May 3, 2023** | To | **Present** |
| | Street | | | | | |
| | **2925 Richmond Ave, Suite 1200** | | | | | |
| | **Houston** | **TX** | **77098** | | | |
| | City | State | ZIP Code | | | |

| | **Address** | | | **Dates of occupancy** | | |
|---|---|---|---|---|---|---|
| 14.3. | **See attached addresses for storage units** | | | From | | To | |
| | Street | | | | | |
| | City | State | ZIP Code | | | |

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■  diagnosing or treating injury, deformity, or disease, or

- ■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐  No.
☐  Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No.  Go to Part 10.
☑  Yes.  Does the debtor serve as plan administrator?
    ☑  No.  Go to Part 10.
    ☐  Yes.  Fill in below:

| Name | Primary Subsidiary | Address |
|---|---|---|
| | | A-AAA Key Mini Storage |
| | | 10835 IH 35 North |
| | | San Antonio TX 78233 |
| A-AAA Key Mini Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | A-American Self Storage - NASA |
| | | 5310 Harves Hill Rd Ste 205, LB124 |
| | | Dallas TX 75230 |
| A-American Self Storage - NASA | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | AAA Self Storage #2 |
| | | 1481 Jag Branch Blvd. |
| | | Kernersville NC 27284 |
| AAA Self Storage #2 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Access Self Storage |
| | | 475 Arbor Hill Road |
| | | Kernersville NC 27284 |
| Access Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Added Space Self Storage-Sparkman |
| | | 2005 Sparkman Drive |
| | | Huntsville AL 35810 |
| Added Space Self Storage-Sparkman | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Advantage Storage |
| | | 3540 Legacy Drive |
| | | Frisco TX 75034 |
| Advantage Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | American Fork Storage Unite #8E |
| | | 18 W 100 N |
| | | American Fork UT 84003 |
| American Fork Storage Unite #8E | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |

| | | |
|---|---|---|
| | | American Storage Inc |
| | | 4807 Rixey Rd |
| | | N. Little Rock AR 72117 |
| American Storage Inc | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Atlantic Self Storage |
| | | 6653 Powers Ave. |
| | | Jacksonville FL 32217 |
| Atlantic Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Atlantic Self Storage |
| | | 7880 Gate Parkway Suite 300 |
| | | Jacksonville FL 32256 |
| Atlantic Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Austin Self Storage #1174 |
| | | 1000 E 50th Street |
| | | Austin TX 78751 |
| Austin Self Storage #1174 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | BSREP II Simply Storage JV LLC |
| | | 1835 E. Olive Road |
| | | Pensacola FL 32514 |
| BSREP II Simply Storage JV LLC | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Burlington Self Storage of Derry LLC |
| | | 4 Linlew Drive |
| | | Derry NH 03038 |
| Burlington Self Storage of Derry LLC | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Cardinal Self Storage |
| | | 6120 Westgate Road |
| | | Raleigh NC 27617 |
| Cardinal Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Century Storage-Sleepy Hill |

Statement of Financial Affairs, No. 14 Attachment

|  |  | 500 S Florida Ave, Suite 700 |
|  |  | Lakeland FL 33801 |
| Century Storage-Sleepy Hill | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Citizen Storage Memphis-Country Park #0158 |
|  |  | 6780 Country Park Drive |
|  |  | Memphis TN 38133 |
| Citizen Storage Memphis-Country Park #0158 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Citizens Self Storage |
|  |  | 18751 Ventura Blvd 2nd Floor |
|  |  | Tarzana CA 91356 |
| Citizens Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Extra Space Self Storage |
|  |  | 270 Rabon Road |
|  |  | Columbia SC 29223 |
| Extra Space Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Extra Space Self Storage #608246 |
|  |  | 814 Hiram Acworth Hwy |
|  |  | Hiram GA 30141 |
| Extra Space Self Storage #608246 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Extra Space Storage |
|  |  | 122 Yandell Road |
|  |  | Canton MS 39046 |
| Extra Space Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Extra Space Storage Irving #1085 |
|  |  | 4251 State Hwy 161 |
|  |  | Irving TX 75038 |
| Extra Space Storage Irving #1085 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Go Store It |

Statement of Financial Affairs, No. 14 Attachment

|  |  | 616 Johnnie Dodds Blvd |
| --- | --- | --- |
|  |  | Mount Pleasant SC 29464 |
| Go Store It | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Lafayette Parkway Self Storage |
|  |  | 1385 Lafayette Parkway |
|  |  | LaGrange GA 30241 |
| Lafayette Parkway Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Life Storage #231 |
|  |  | 8227 N Lamar Blvd |
|  |  | Austin TX 78753 |
| Life Storage #231 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Life Storage #458 |
|  |  | 6110 Walzem Road |
|  |  | San Antonio TX 78239 |
| Life Storage #458 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Life Storage #7105 |
|  |  | 5547 McNeil Drive |
|  |  | Austin TX 78729 |
| Life Storage #7105 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Life Storage #8200 |
|  |  | 2055 West Park Place Blvd. |
|  |  | Stone Mountain GA 30087 |
| Life Storage #8200 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Metro Mini Storage |
|  |  | 175 W Oxmoor Rd. |
|  |  | Homewood AL 35209 |
| Metro Mini Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Metro Self Storage |
|  |  | 6300 West 43rd Street |

Statement of Financial Affairs, No. 14 Attachment

|  |  | Houston TX 77092 |
| Metro Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Metro Self Storage, TN |
|  |  | 8848 Kingston Pike |
|  |  | Knoxville TN 37923 |
| Metro Self Storage, TN | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| Northshore RV and Boat Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | Northwest Self Storage |
|  |  | 1222 NW Madras Hwy |
|  |  | Prineville OR 97754 |
| Northwest Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Public Storage |
|  |  | 701 Western Ave. 1st Floor |
|  |  | Glendale CA 91201 |
| Public Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Public Storage #08384 |
|  |  | 3430 W Walnut Hill Lane |
|  |  | Irving TX 75038 |
| Public Storage #08384 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Public Storage #P03 |
|  |  | 6200 Grelot Road |
|  |  | Mobile AL 36609 |
| Public Storage #P03 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Public Storage - Round Rock |
|  |  | 1517 Round Rock Avenue |
|  |  | Round Rock TX 78681 |
| Public Storage - Round Rock | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
|  |  | Public Storage, Inc. |
|  |  | 2832 Broad River Road |

Statement of Financial Affairs, No. 14 Attachment

| | | |
|---|---|---|
| | | Columbia SC 29210 |
| Public Storage, Inc. | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Public Storage |
| | | 6850 Oberto Drive |
| | | Kent WA 98032 |
| Public Storage, Inc. | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Public Storage, NC |
| | | 9400 S Tyron St |
| | | Charlotte NC 28273 |
| Public Storage, NC | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Red Dot Storage 189, LLC |
| | | 248 Centennial Pkwy, Suite 100 |
| | | Louisville CO 80027 |
| Red Dot Storage 189, LLC | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Red Way Self Storage |
| | | 18024 Redmond Way |
| | | Redmond WA 98052 |
| Red Way Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | River Road Storage |
| | | 2531 River Road |
| | | Piedmont SC 29673 |
| River Road Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Safe Keep Self Storage - Redwood City |
| | | 2480 Middlefield Road |
| | | Redwood City CA 94063 |
| Safe Keep Self Storage - Redwood City | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | SecurCare Self Storage #1009 |
| | | 11122 E 61st ST |

Statement of Financial Affairs, No. 14 Attachment

| | | |
|---|---|---|
| | | Tulsa OK 74133 |
| SecurCare Self Storage #1009 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Security Self Storage |
| | | 1601 E. Greer Street |
| | | Durham NC 27704 |
| Security Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | South Burbank Storage Center |
| | | 9190 Parkway Drive |
| | | Baton Rouge LA 70810 |
| South Burbank Storage Center | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Southern Self Storage |
| | | 2820 Hwy 51 |
| | | La Place LA 70068 |
| Southern Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Storage Rentals of America |
| | | 316 Martingale Drive |
| | | Old Hickory TN 37138 |
| Storage Rentals of America | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Storage Sense #026 |
| | | 19625 Hickory Twig Way |
| | | Spring TX 77388 |
| Storage Sense #026 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | StorageMax #B026 |
| | | 1321 Evangeline Thruway |
| | | Broussard LA 70518 |
| StorageMax Six, LLC  #B026 | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | Sunshine Self Storage |
| | | 9881 Sheridan Street |
| | | Cooper City FL 33024 |

Statement of Financial Affairs, No. 14 Attachment

| | | |
|---|---|---|
| Sunshine Self Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | U-Haul Moving and Storage WWR |
| | | 301 Robins West Pkwy |
| | | Warner Robins GA 31088 |
| U-Haul Moving and Storage WWR | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |
| | | West End Storage |
| | | 30 Sandelwood Trail |
| | | Beaumont TX 77706 |
| West End Storage | Greater Tech Holdings, Inc : techdash telecom, LLC | United States |

Debtor    **Techdash Telecom, LLC**                                          Case number (if known)    **24-32820**
         _____                                 _____
         Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **See description** | | **All storage locations have been lost to creditor action.** | ☑ No |
| Name | | | ☐ Yes |
| | **Address** | | |
| Street | | | |
| | | | |
| City              State   ZIP Code | | | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **See description.** | | **This debtor and the three related debtors listed on the petition operate from similar locations and it may appear that assets owned by other debtors are in the possession of this debtor.** | |
| Name | | | |
| **See prior address and** | | | |
| Street | | | |
| **2925 Richmond Ave.** | | | |
| **Houston          TX   77098** | | | |
| City              State   ZIP Code | | | |

---

Debtor  **Techdash Telecom, LLC**
Name                                                     Case number (if known)  **24-32820**

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☒ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes.  Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☒ None

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Name and address                                          Dates of service

26a.1.  **Geoffrey Miller**                               From _____  To _____
Name
**4560 Charlemagne Dr.**
Street

**Plano**                        **TX**    **75093**
City                             State     ZIP Code

Name and address                                          Dates of service

26a.2.  **Paula Dodd**                                    From _____  To _____
Name
**446 Copano Ridge Road**
Street

**Rockport**                     **TX**    **78382**
City                             State     ZIP Code

Debtor   **Techdash Telecom, LLC**                                    Case number (if known)   **24-32820**
Name

| | | |
|---|---|---|
| **Name and address** | | **Dates of service** |

26a.3.   **Natalia Campbell**                                         From _____   To _____
Name
**6503 N Military Trail Apt#2703**
Street

_____

**Boca Raton**                    **FL**      **33496**
City                              State    ZIP Code

| | | |
|---|---|---|
| **Name and address** | | **Dates of service** |

26a.4.   **Hannah Perez**                                            From _____   To _____
Name
**114 Green Meadows Ln.**
Street

_____

**Fredericksburg**                **TX**      **78624**
City                              State    ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☐ None

| | | |
|---|---|---|
| **Name and address** | | **Dates of service** |

26b.1.   **Whitley Penn LLP**                                        From _____   To _____
Name
**640 Taylor Street, Suite 2200**
Street

_____

**Fort Worth**                    **TX**      **76102**
City                              State    ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.1.   **Geoffrey Miller**
Name
**4560 Charlemagne Dr.**
Street

_____

**Plano**                         **TX**      **75093**
City                              State    ZIP Code

| | |
|---|---|
| **Name and address** | **If any books of account and records are unavailable, explain why** |

26c.2.   **Paula Dodd**
Name
**446 Copano Ridge Road**
Street

_____

**Rockport**                      **TX**      **78382**
City                              State    ZIP Code

| Debtor | **Techdash Telecom, LLC** | | Case number (if known) | **24-32820** |
|---|---|---|---|---|
| | Name | | | |

|  | **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|---|
| 26c.3. | **Natalia Campbell** | | | |
| | Name | | | |
| | **6503 N Military Trail Apt#2703** | | | |
| | Street | | | |
| | **Boca Raton** | **FL** | **33496** | |
| | City | State | ZIP Code | |

|  | **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|---|
| 26c.4. | **Hannah Perez** | | | |
| | Name | | | |
| | **114 Green Meadows Ln.** | | | |
| | Street | | | |
| | **Fredericksburg** | **TX** | **78624** | |
| | City | State | ZIP Code | |

|  | **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|---|
| 26c.5. | **Whitley Penn LLP** | | | |
| | Name | | | |
| | **640 Taylor Street, Suite 2200** | | | |
| | Street | | | |
| | **Fort Worth** | **TX** | **76102** | |
| | City | State | ZIP Code | |

|  | **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|---|
| 26c.6. | **Baker Tilly Virchow Krause, LLP** | | | |
| | Name | | | |
| | **PO Box 78975** | | | |
| | Street | | | |
| | **Milwaukee** | **WI** | **53278** | |
| | City | State | ZIP Code | |

|  | **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|---|
| 26c.7. | **WithumSmith+Brown PC** | | | |
| | Name | | | |
| | **PO Box 5340** | | | |
| | Street | | | |
| | **Princeton** | **NJ** | **08543** | |
| | City | State | ZIP Code | |

|  | **Name and address** | | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|---|
| 26c.8. | **all officers of the company** | | | |
| | Name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City | State | ZIP Code | |

Debtor    **Techdash Telecom, LLC**                                    Case number (if known)    **24-32820**
_____
Name

| **Name and address** | **If any books of account and records are unavailable, explain why** |
| --- | --- |
| 26c.9.   **See description.**<br>Name<br>_____<br>Street<br>_____<br><br>City          State     ZIP Code | Access to Netsuite ceased before the end of 2023. No person is getting financial records sent or has access to them any longer. |
| **Name and address** | **If any books of account and records are unavailable, explain why** |
| 26c.10.   **See description.**<br>Name<br>_____<br>Street<br>_____<br><br>City          State     ZIP Code | All of the debtors lost access to their books and records when online access was cancelled in February of 2024. The persons who had access to books and records at that time included Scott Pickett, Geoffrey Miller, John Goodman, Wes Hesker, Matt Keylon, Paula Dodd, and Hannah Perez. |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Amarillo National Bank**
_____
Name
**P.O. Box 1**
_____
Street
_____
**Amarillo**                        **TX**      **79105**
_____
City                                State     ZIP Code

## 27.  Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

## 28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **John A. Goodman** | **1008 Middle Creek Road**<br>**Fredericksburg, TX 78624** | **Chief Executive Officer /**<br>**Shareholder** | **41.96%** |
| **Greater Tech Holdings, Inc.** | **2925 Richmond Ave, Suite 1200**<br>**Houston, TX 77098** | **Member** | **100%** |
| **Joe Hart** | | **Chief Operating Officer** | |
| **See attached supplement exhibit** | | | |

| Employee Name | Last Term Date | Empl Status | Company Name | Job Title |
|---|---|---|---|---|
| Miller, Geoffrey W | | Active | GREATER TECH HOLDINGS, INC. | CFO |
| Haynes, Kevin J | 1/13/2023 | Terminated | TECHDASH TELECOM, LLC | Chief Operating Officer- CS/PS |
| Adams, Nolan G | 5/11/2022 | Terminated | GREATER TECH HOLDINGS, INC. | Business Development Director |
| Beck, Donna J | | Active | GREATER TECH HOLDINGS, INC. | HR Director |
| Bridge, Glen W | 2/1/2022 | Terminated | TECHDASH TELECOM, LLC | Director of Operations |
| Calhoun, Ivan | 7/2/2021 | Terminated | GREATER TECH HOLDINGS, INC. | Director IT |
| Dodd, Paula A | 1/5/2024 | Terminated | GREATER TECH HOLDINGS, INC. | Controller |
| Fleet, Jude D | 9/11/2023 | Terminated | GREATER TECH HOLDINGS, INC. | VP Sales Business Development |
| Hart, Joe | 12/1/2023 | Terminated | GREATER TECH HOLDINGS, INC. | CHIEF OPERATING OFFICER |
| Hesker, Wesley | | Active | GREATER TECH HOLDINGS, INC. | VP Finance |
| Konneman, Darrell | 3/13/2023 | Terminated | TECHDASH TELECOM, LLC | Director Customer Program |
| Maclean, Duncan | 8/7/2023 | Terminated | GREATER TECH HOLDINGS, INC. | Chief Revenue Officer |
| Snider, Lance W | 9/11/2023 | Terminated | GREATER TECH HOLDINGS, INC. | Director of Sales Business Development |
| Stiles, Mark A | 9/11/2023 | Terminated | GREATER TECH HOLDINGS, INC. | EVP of Business Development |
| Suplita, Jason | 1/27/2024 | Terminated | GREATER TECH HOLDINGS, INC. | Business Development Director |
| Welch, Michael B | 9/11/2023 | Terminated | GREATER TECH HOLDINGS, INC. | VP Sales Business Development |
| Wojcik, David | 9/11/2023 | Terminated | GREATER TECH HOLDINGS, INC. | VP Sales Business Development |

Statement of Financial Affairs, No. 28 Supplement

Debtor   **Techdash Telecom, LLC**                                Case number (if known)   **24-32820**
         Name

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| See 28 above. | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☑ No
    ☐ Yes.  Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☐ No
    ☑ Yes.  Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| See attached. | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/02/2024**
             MM / DD / YYYY

X _____          Printed name  **Wes Hesker**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Chief Liquidating Officer/VP Finance**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

<u>Statement of Financial Affairs No. 32</u>

In connection with all employees, the debtor provided a 100% match on the first 3% of any IRA contributions and 50% on the next 2% of any IRA contributions to the independent 401k plans of employees.