IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 7 |
| TECHDASH TELECOM, LLC | § | |
| | § | Case No. 24-32820 |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL
NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel and the law firm of Munsch Hardt Kopf & Harr, P.C. hereby appear on behalf of Scott M. Seidel, the duly-appointed chapter 7 trustee for Goodman Networks, Inc. and party-in-interest in the above-styled and captioned bankruptcy case (the "Bankruptcy Case"), and file this *Notice of Appearance and Request for Service of All Notices, Pleadings, Orders, and Other Papers* (the "Notice of Appearance"), and hereby request, pursuant to 11 U.S.C. §§ 342 and 1109(b) (as applicable) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b), that all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in the Bankruptcy Case, be served upon the undersigned counsel at the following address:

Davor Rukavina
Thomas D. Berghman
Conor P. White
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7584
Facsimile:  (214) 855-7584
E-mail: drukavina@munsch.com
E-mail: tberghman@munsch.com
E-mail: cwhite@munsch.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, answers, responses, replies, claims, schedules, statements, operating reports, plans, disclosure statements, and all other pleadings, requests or notices, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed as Trustee's: (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Case or in any case, controversy, or proceeding related to the Bankruptcy Case; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which Trustee has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Trustee hereby expressly reserves.

Dated: August 1, 2024          **MUNSCH HARDT KOPF & HARR, P.C**.

By: */s/ Conor White*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
500 N. Akard St., Suite 4000
Dallas, Texas 75201-6605
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: drukavina@munsch.com
E-mail: tberghman@munsch.com
E-mail: cwhite@munsch.com

*Counsel for Scott M. Seidel, Chapter 7 Trustee for Goodman Networks, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of August, 2024, a true and correct copy of this *Notice of Appearance* was served electronically through the Court's ECF system on parties registered to receive electronic in the above-captioned Bankruptcy Case.

*/s/ Conor White*
Conor White