United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 13, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-32820 (jpn) |
| Techdash Telecom, LLC, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

*(Related to ECF. No. 21)*

The Court, having considered the Application to Employ Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C. ("**CHWWA**") as counsel for Randy W. Williams, chapter 7 trustee for the estate of Techdash Telecom, LLC, is of the opinion that the requested relief is in the best interest of the estate; that CHWWA represents no interest adverse to the estate in the matters upon which it is to be engaged and is a disinterested person within the definition of 11 U.S.C. § 101(14); and that the Trustee's application should be approved. Accordingly, it is therefore:

**ORDERED** that CHWWA is employed on an hourly fee basis to provide all necessary legal services to the Trustee in this case as set forth in the Application; it is further

**ORDERED** that Jarrod B. Martin is designated as attorney in charge for the representation by CHWWA of the Trustee in this case; it is further

**ORDERED** that CHWWA shall file all applications for compensation with the Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.

**ORDERED** that CHWWA may increase its rates on an annual basis without further order of this Court, but that such increases are subject to review and approval by this Court through CHWWA's periodic fee applications.

Signed: August 13, 2024

Jeffrey P. Norman
United States Bankruptcy Judge